# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

                                            Plaintiff,

v.

Clearview AI, Inc., et al.

                                            Defendant.

Case No.:
1:21−cv−00135

Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 9, 2021:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Video status hearing held on 2/9/2021. There has been no agreement as to lead counsel for plaintiffs. Applications for lead counsel are to be filed by 2/23/2021 and are to be no more than 5 pages. Any responses to the applications are to be filed by 3/2/2021 and are to be no more than 3 pages. Once the matter is fully briefed, the Court shall take it under advisement. Attorney Floyd Abrams is designated lead counsel for the two individual defendants, Hoan Ton−That and Richard Schwartz and attorney Lee Wolosky is the designated counsel for the Clearview AI, Inc. defendant. Case is referred to Magistrate Judge Valdez for discovery supervision. Telephone status hearing is set for 3/12/2021 at 10:30 AM. The call−in number is (877)336−1829 and the access code is 5205245. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.