# EXHIBIT 2

| | |
|---|---|
| **From:** | Scott Drury |
| **To:** | aarono@haelaw.com; akeller@dicellolevitt.com; alevitt@dicellolevitt.com; Alichtman@jenner.com; alreenh@haelaw.com; ambere@haelaw.com; bomeara@fordellp.com; calexander@scott-scott.com; dfeeney@millershakman.com; dmb@classlawgroup.com; dsaunders@jenner.com; ecomite@scott-scott.com; ehg@classlawgroup.com; fabrams@cahill.com; fhedin@hedinhall.com; ggutzler@dicellolevitt.com; glynch@carlsonlynch.com; hsuskin@jenner.com; ianp@haelaw.com; jguglielmo@scott-scott.com; Jkurtzberg@cahill.com; Joshua Arisohn; jpizzirusso@hausfeld.com; kcarroll@carlsonlynch.com; kforde@fordellp.com; kmalloy@fordellp.com; kshamberg@carlsonlynch.com; lgrant@grantfirm.com; lwolosky@jenner.com; memert@kgglaw.com; mferron@scott-scott.com; mwd@neighborhood-legal.com; nlange@carlsonlynch.com; rreizen@gouldratner.com; sbloch@sgtlaw.com; Scott Drury; smartin@hausfeld.com; snathan@hausfeld.com; swebster@websterbook.com; zfreeman@millershakman.com; David Golub- Silver Golub & Teitell |
| **Cc:** | Michael Kanovitz; Elizabeth Wang |
| **Subject:** | In re: Clearview AI, Inc. Consumer Privacy Litigation, MDL No. 2967 - Conference Call |
| **Date:** | Wednesday, September 2, 2020 3:33:00 PM |

Counsel:

It has come to my attention that some attorneys may not have been on the recipient list for yesterday's email regarding a proposed conference call to discuss Defendants' Motion to Transfer. To ensure everyone receives the message, I have copied the original email below. Everyone should feel free to join the call. If you have any questions, please let me know.

_____

**_Original Email_**

*Counsel:*

*In connection with Defendants' Motion to Transfer, I believe it would be beneficial for counsel for all parties to discuss whether alternatives to transfer exist. To that end, I suggest we have a telephone conference on Thursday, September 3, 2020 at 12 pm (Central). The call-in information is below. Please let me know if you can attend.*

**DATE:** September 3, 2020
**TIME:** 12:00 pm Central
**NUMBER:** [redacted]
**CODE:** [redacted]

--Scott