# EXHIBIT 3

| | |
|---|---|
| **From:** | Scott Drury |
| **To:** | "James J. Pizzirusso"; "Joseph P. Guglielmo"; "Amy Keller" |
| **Cc:** | Michael Kanovitz |
| **Subject:** | Clearview |
| **Date:** | Sunday, January 17, 2021 3:23:00 PM |

Counsel:

Thank you, again, for taking the time this morning to further discuss the contemplated mediation in the Clearview matter. As was discussed during the call, I have spoken with counsel for each of the plaintiffs in the *Clearview AI, Inc., Consumer Privacy Litigation* MDL, No. 1:21-cv-135, to invite them to participate in the contemplated mediation before Judge Andersen. At present, counsel for each of the plaintiffs, other than your clients and the plaintiff in the *Broccolino* matter, has agreed to mediate. (During the call, Joe indicated that he was participating in the call on behalf of Ms. Broccolino, as well as his clients.) I hope that you also will decide to be part of the mediation. If another call would be helpful, please let me know. Enjoy the rest of your weekend.

--Scott

_____

Scott R. Drury
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900
drury@loevy.com