# EXHIBIT 4

# Scott Drury

| | |
|---|---|
| **From:** | Scott Drury |
| **Sent:** | Tuesday, February 2, 2021 6:20 PM |
| **To:** | 'Lichtman, Andrew J.'; 'Wolosky, Lee'; 'Suskin, Howard S.'; 'Saunders, David P.'; 'Abrams, Floyd'; 'Kurtzberg, Joel'; 'Joshua Arisohn'; 'Frank Hedin'; 'Michael Drew'; 'mwood@communitylawyersgroup.com'; 'Steven T. Webster'; 'Gary Lynch'; 'Nicholas Lange'; 'lgrant@grantfirm.com'; 'Melissa Emert'; 'Joseph P. Guglielmo'; 'Aaron Olsen'; 'James J. Pizzirusso'; 'Amy Keller'; 'David Berger' |
| **Cc:** | Michael Kanovitz; 'Elizabeth Wang' |
| **Subject:** | Clearview AI, Inc. Consumer Privacy Litigation, No. 1:21-cv-135 |
| **Attachments:** | 2021.02.04 (Joint Status Report).docx |

Counsel:

Pursuant to the Court's January 22, 2021 Order, I attach a draft Joint Status Report that is to be submitted to the Court on February 4, 2021. I have left blank spaces for Defendants and counsel for the other Plaintiffs to fill in additional information. The Joint Status Report is limited to five pages. Please send me any additions, deletions or comments as soon as you can so that our office can timely file it. Thanks.

--Scott

_____

Scott R. Drury
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900
drury@loevy.com

1