## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

                                Plaintiff,

v.                                                            Case No.: 1:21−cv−00135

                                                                       Honorable Sharon Johnson Coleman

Clearview AI, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 9, 2021:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing held on 4/9/2021. Oral motion by defendants for a 2−week extension to the briefing on plaintiff's motion for preliminary injunction is granted in part. Response to be filed by 4/30/2021, reply by 5/7/2021. Status hearing is set for 5/27/2021 at 10:30 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.