# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re Clearview AI, Inc. Consumer Privacy Litigation | Civil Action File No.: 1:21-cv-00135 Judge Sharon Johnson Coleman<br>Magistrate Judge Maria Valdez |

## AMICI FIRST AMENDMENT CLINIC AT DUKE LAW AND PROFESSORS OF LAW EUGENE VOLOKH AND JANE BAMBAUER NOTICE OF MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF DEFENDANT'S OPPOSITION TO <u>PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION</u>

On Tuesday, May 4, 2021 at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Sharon Johnson Coleman, or any judge sitting in her stead, in the Courtroom usually occupied by her in Room 1260 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or by videoconference if directed by the Court, and shall then and there present the attached Motion for Leave to File Amicus Brief in Support of Defendant's Opposition to Plaintiffs' Motion for a Preliminary Injunction

Dated: April 28, 2021

Respectfully submitted,

/s/ Rachel S. Morse
Rachel S. Morse
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602
(312) 283-1590
rmorse@masseygail.com

*Counsel for Amici First Amendment Clinic at Duke Law and Professors Eugene Volokh and Jane Bambauer*