# EXHIBIT A



# Evansville Police Department

**Billy Bolin**
Chief of Police

15 N.W. Martin Luther King, Jr. Blvd.
Evansville, Indiana 47708
TX 812-436-7896 • TDD 812-436-7975 • FAX 812-435-6175 • E-MAIL info@evansvillepolice.com

DATE: 04-29-2021

TO: Jessica Medeiros Garrison - Vice President, Customer Relations & Business Development

FROM: Stephanie Cox – Chief Deputy Criminal Investigations, Evansville Police Department

SUBJECT: Clearview AI Investigations

Clearview AI has been utilized by the Evansville Police Department on numerous occasions to help solve or supplement open cases. These cases vary from simple theft, international forgery, to homicide. The program has been extremely helpful in identifying area shoplifters and its use is supported by the loss prevention employees at several major retailers. Due to the current mask mandates, our use of the program has been limited, but when we are able to use it we have a high percentage identification rate. The program saves our department countless man-hours that would typically be spent trying to ID individuals through more traditional means such as: open source investigations, interviews, and leads from the general public. Now we can take a photo of the suspect ID them in under fifteen seconds, which in turn allows Detectives and Officers to spend more time proactively serving our community. In spite of the current mask mandate and the short time we've been using the program, we've already positively identified around 45 individuals suspected in various crimes within our jurisdiction.

We hope to have the funds to renew this software for future years. It has truly been one of the best law enforcement/crime fighting tools our agency has acquired.

Respectfully,

Deputy Chief Stephanie Cox
Criminal Investigation Division
Evansville Police Department



Nationally Accredited
in partnership with the community