# EXHIBIT C

# Illinois Biometric Information Retention Policy

**Illinois Biometric Information Retention Policy**

To the extent that the Illinois Biometric Information Act applies to information in Clearview AI's possession, this policy shall control how Clearview retains and destroys that information.

As part of Clearview's evaluation of its ongoing business practices, Clearview has decided to maintain biometric information that Clearview can reasonably associate with Illinois (the "Illinois Information") solely for the purpose of complying with Clearview's ongoing legal obligations. Clearview will block the Illinois Information from being returned by future searches through the Clearview app.

Clearview will retain the Illinois Information for so long as it is required to do so pursuant to legal information preservation obligations.

Contact · Privacy & Terms · DMCA · Newsroom · Privacy Request Forms

© Clearview AI, Inc. 2020. All Rights Reserved.