# EXHIBIT D



Illinois Resident Opt-Out Form

This form is designed to enable Illinois residents to opt-out of Clearview search results.

Press ENTER or click the button below to start.

Start

press **Enter** ↵

 Takes 2 min

1 → Are you an Illinois Resident or are you submitting this request on behalf of an Illinois resident? *

**Y** Yes

**N** No

**Submit**

press **Ctrl** + **Enter** ↵

2 → You have read and understand the Illinois Biometric Retention Policy [Click here to view]. To fulfill your request, you will have to provide a picture of yourself. Clearview will generate facial vectors from this picture, and then use that representation to find and block any additional photos of you from appearing in our search results that were not already blocked. The photo you share will not be included in future search results, and will not be used for any other purposes beyond fulfilling your opt-out request and Clearview's ongoing legal obligation.

By clicking "I accept", you consent to the collection, use and storage of your biometric data for the purpose of blocking any images of me that may appear in Clearview search results. You understand that your biometric information will be retained pursuant to the terms of the Illinois Biometric Retention Policy. *

A   I accept

B   I don't accept

25% completed

Powered by **Typeform**

3 → Please upload a photo of the person who is the subject of this request. If you're submitting it for yourself, share a photo of yourself. If you're submitting it for someone else, please share a photo of that person. *



50% completed

Powered by **Typeform**

4 → **Please enter an email address so we can send a confirmation of completion of your request.** *

name@example.com

**Submit**

press **Ctrl** + **Enter** ↵