IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| *In re Clearview AI, Inc. Consumer Privacy Litigation* | ) <br> ) Case No. 1:21-cv-00135 <br> ) <br> ) Judge Sharon Johnson Coleman <br> ) <br> ) Magistrate Judge Maria Valdez <br> ) |

**AFFIDAVIT OF JASON WEBB IN OPPOSITION TO
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

COUNTY OF CALHOUN    )
                                        ) ss.:
STATE OF ALABAMA       )

JASON WEBB, being duly sworn deposes and says:

    1.    My name is Jason Webb, and, since July 2018, I have been a Sergeant at the East Metro Area Crime Center in Oxford, Alabama. From February 2011 to July 2018, I worked as an Investigator, and from October 2007 to February 2011, I worked as a Patrol Officer at the Oxford Police Department in Alabama. From December 2006 to October

1

2007, I was a Patrol Officer with the Talladega Police Department in Talladega, Alabama. Since May 2015, I have been an FBI-certified law enforcement instructor.

2. I have also been a Board Member of the Alabama Gang Investigator's Association, an organization dedicated to suppressing, understanding, and preventing gang violence and crime. The Alabama Gang Investigator's Association provides elite law enforcement training and intelligence resources to the criminal justice community.

3. I have received several awards throughout my career. When I graduated from the Northeast Alabama Law Enforcement Academy in 2007, I received the Director's Award for graduating first in my class. In 2017, I received the Lifesaver Award from the City of Oxford for saving a citizen's life in the line of duty.

4. In my capacity as Sergeant, my duties include supervising personnel assigned to the East Metro Area Crime Center. Among other things, my work focuses on the intersection of crime and technology. As Sergeant, I am authorized to access and use the Clearview AI ("Clearview") app to investigate a multitude of crimes, including human trafficking and the online exploitation of children.

5. I have conducted nearly 4,000 searches on the Clearview app, and have helped solve numerous crimes that would have remained unsolved had we not been able to use the app. More importantly, there are people alive today who I believe would be dead had we not been able to use the app.

6. My department primarily uses Clearview's app to generate leads in child exploitation cases. Just a few weeks ago, my department, in conjunction with the Internet Crimes Against Children Task Force, solved a case in which we arrested five sexual

predators who were grooming young children on the Internet. In that case, a team of undercover officers posed as prepubescent children in chatrooms and were approached by pedophiles who were seeking to sexually exploit young children. Online sexual predators often send photos of their genitals to young children, and some of these photos include images of the predators' faces. In this case, we were able to run these photos through Clearview's app and immediately determine the identities of the suspects. This gave us a lead, which enabled us to conduct additional fact-finding. Based on our subsequent investigation, we were able to establish probable cause, obtain a warrant, and take these child predators off the street.

7. Using traditional investigative techniques, we would have had to go through a lengthy process to try to identify the IP addresses of the sexual predators. While this process generally takes between two to three weeks, if it is successful at all, Clearview's app produces results instantaneously. During those two to three weeks or longer, sexual predators can do untold damage, and ruin the lives of kids I am sworn to protect. Put simply, the harm from sexual crimes committed against children can never be taken away. Clearview prevents these crimes from happening.

8. Although Clearview's facial recognition technology is indispensable in our investigations of the sexual exploitation of children, this is not its only use. In a recent case, a police department in northern Alabama sent me a picture of a man who had committed a violent home invasion. The victims' doorbell camera photographed the man approaching the front door of the house with a gun in his hand. I ran the photo through Clearview's search engine and immediately identified the suspect. I gave this

information to the local police department, and they used it as a starting point in an investigation, which ultimately led to the man's arrest. Because our only evidence in this case was the photograph of the man approaching the door, I believe that this crime would not have been solved had we not been able to use Clearview's facial recognition technology.

9. In another case, in January 2020, my department received a report of multiple car break-ins in the parking lot of a gym. I pulled surveillance footage from the parking lot and determined that the suspect drove a Dodge truck.

10. I tracked the Dodge truck to a local Walmart where the perpetrator exited the vehicle and entered the store. The perpetrator was caught on store cameras purchasing cash cards using credit and debit cards that matched those stolen from the cars in the gym parking lot. Using this surveillance footage, combined with screen capture software, I was able to go frame by frame and find a clear image. I ran the image through the Clearview database and received three positive hits matching the perpetrator to mug shots from a county in Georgia.

11. I then found news reports identifying a man who matched the mug shots. This man had multiple outstanding warrants, and a history of theft from cars at gym parking lots followed by purchases of cash cards from Walmart. I used this lead to pull the suspect's case file from Georgia. Using the case file, I confirmed the perpetrator's identity by matching the perpetrator's arm tattoo from the surveillance footage to the mug shots.

12. I used this information to obtain a warrant, and the suspect was later apprehended

in Georgia for multiple outstanding arrest warrants. A hold was placed for the crimes he had committed in Alabama. This arrest has also led to the resolution of crimes in other locations. I believe that these crimes would have remained unsolved had we not been able to use Clearview's facial recognition technology.

13. In yet another case, following the January 2021 events at the U.S. Capitol, I used Clearview's app to generate a list of approximately 20 suspects, which I provided to the FBI.

14. Clearview's facial recognition technology also helps identify unknown murder victims, which significantly shortens our investigations.

15. We have also used Clearview's facial recognition technology to identify people who have overdosed on narcotics and have been left curbside at hospitals by fellow drug users who are afraid to reveal to authorities that they have been using drugs with, or supplying drugs to, the patient. Clearview's app allows us to identify these people instantaneously so that the doctors can pull their medical records, provide effective treatment, and notify their families.

16. It is critical to note Clearview's search results are just the starting point of an investigation, which law enforcement officers must diligently and thoroughly perform. I am an instructor on how to properly use Clearview's app, and in my training sessions, I emphasize that Clearview search results, standing alone, are not sufficient to establish probable cause. I emphasize that Clearview should be treated like a tip from a reliable source, and that the investigation does not end once a match has been made. I instruct law enforcement that a match on Clearview should be followed up with further

investigation to find corroborating evidence. Only then may officers proceed to get a warrant.

17. Based on my experience and training as a law enforcement officer and a Clearview user, I can confirm that Clearview's app has had a positive impact on the ability of my office to protect crime victims and identify and apprehend perpetrators.

18. Clearview helps my department solve crimes that we would not otherwise be able to solve. Without it, I have no doubt that my community in Alabama — and communities throughout the country — would be more dangerous.

*SGT Jason E. Webb*

Jason Webb

Sworn to before me this 30 day of April 2021

*Kimberly S. Stephenson*
Notary Public

My Commission Expires September 18, 2023