# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

                Plaintiff,

v.

Clearview AI, Inc., et al.

                Defendant.

Case No.: 1:21−cv−00135

Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 6, 2021:

    MINUTE entry before the Honorable Maria Valdez: Plaintiffs' Motion for Expedited Discovery in Connection with Plaintiffs' Pending Motion for Preliminary Injunction [44] is granted in part and denied in part as set forth above. Clearview Defendants' Motion for Leave to File Sur−Reply in Opposition to Plaintiffs' Motion for Expedited Discovery [47] is accordingly denied as moot. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.