IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re: Clearview AI, Inc. Consumer Privacy Litigation* | ) ) ) ) ) ) ) ) Case No. 1:21-cv-00135<br><br>Hon. Sharon Johnson Coleman |

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS ROCKY MOUNTAIN DATA ANALYTICS LLC AND THOMAS MULCAIRE TO ANSWER OR OTHERWISE RESPOND TO THE CONSOLIDATED CLASS ACTION COMPLAINT**

Plaintiffs and Defendants Rocky Mountain Data Analytics LLC and Thomas Mulcaire, by and through their respective undersigned counsel agree and stipulate as follows:

**WHEREAS**, on March 24, 2021, the Court ordered Defendants Clearview AI, Inc., Hoan Ton-That, and Richard Schwartz to answer or otherwise respond to Plaintiffs', then-forthcoming, consolidated class action complaint by May 24, 2021, ECF No. 28 (the "March 24, 2021 Order");

**WHEREAS**, on April 9, 2021, Plaintiffs filed a Consolidated Class Action Complaint (the "Complaint"), adding Rocky Mountain Data Analytics LLC and Thomas Mulcaire as Defendants;

**WHEREAS**, on April 19, 2021, the Summons and Complaint was served upon Defendant Rocky Mountain Data Analytics LLC;

**WHEREAS**, on May 6, 2021, the undersigned counsel for Defendant Thomas Mulcaire agreed to accept service of the Summons and Complaint on Thomas Mulcaire's behalf—subject to a reservation of rights as to all defenses (except as to adequacy of service), including but not limited to personal jurisdiction and venue.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that Defendants Rocky Mountain Data Analytics LLC and Thomas Mulcaire shall

answer or otherwise respond to the Complaint by May 24, 2021, in accordance with the briefing schedule set forth in the March 24, 2021 Order. Defendants Rocky Mountain Data Analytics LLC and Thomas Mulcaire have not made any previous requests for adjournments or extensions. Defendants reserve the right to raise any applicable defenses, except adequacy of service.

Dated: May 7, 2021

/s/ Scott R. Drury
Scott R. Drury
Mike Kanovitz
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
312.243.5900
drury@loevy.com

*Plaintiffs' Lead Class Counsel*

/s/ Floyd Abrams
Floyd Abrams
Joel Kurtzberg
Cahill Gordon & Reindel LLP
32 Old Slip
New York, New York 10005
Phone: (212) 701-3000
fabrams@cahill.com
jkurtzberg@cahill.com

Lee Wolosky (admitted pro hac vice)
Andrew J. Lichtman (pro hac vice pending)
Jenner & Block LLP
919 Third Avenue
New York, New York 10022-3908
Phone: (212) 891-1600
lwolosky@jenner.com
alichtman@jenner.com

Howard S. Suskin
David P. Saunders
Jenner & Block LLP
353 North Clark Street
Chicago, Illinois 60654
Phone: (312) 222-9350
hsuskin@jenner.com
dsaunders@jenner.com

*Attorneys for Defendants Clearview AI, Inc., Hoan Ton-That, Richard Schwartz, Rocky Mountain Data Analytics LLC, and Thomas Mulcaire*

**SO ORDERED** this ___ day of _____, 2021

_____

## **CERTIFICATE OF SERVICE**

I certify that on May 7, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

By: /s/ Floyd Abrams
Floyd Abrams