# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re: Clearview AI, Inc. Consumer Privacy Litigation* | Case No. 1:21-cv-00135<br><br>Hon. Sharon Johnson Coleman |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Jenner & Block LLP ("Jenner & Block") hereby moves to withdraw the Appearance of David P. Saunders on behalf of Defendants Clearview AI, Inc., Hoan Ton-That, Richard Schwartz, Rocky Mountain Data Analytics LLC, and Thomas Mulcaire (collectively, the "Clearview Defendants"). Mr. Saunders' last day at Jenner & Block will be May 14, 2021. The Clearview Defendants will continue to be represented by Lee Wolosky, Howard Suskin, Precious Jacobs-Perry, and Andrew Lichtman of Jenner & Block and Floyd Abrams and Joel Kurtzberg of Cahill Gordon & Reindel LLP.

May 13, 2021

By:   /s/ Andrew J. Lichtman
Lee Wolosky (admitted pro hac vice)
Andrew J. Lichtman (admitted pro hac vice)
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022-3908
Phone: (212) 891-1600
lwolosky@jenner.com
alichtman@jenner.com

Precious Jacobs-Perry
Howard S. Suskin
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Phone: (312) 222-9350
pjacobs-perry@jenner.com
hsuskin@jenner.com

Floyd Abrams (admitted pro hac vice)
Joel Kurtzberg (admitted pro hac vice)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Phone: (212) 701-3000
fabrams@cahill.com
jkurtzberg@cahill.com

Attorneys for Defendants Clearview AI, Inc., Hoan Ton-That, Richard Schwartz, Rocky Mountain Data Analytics LLC, and Thomas Mulcaire

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on May 13, 2021, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to all counsel of record:

*/s/ Andrew J. Lichtman*