IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Clearview AI, Inc. Consumer Privacy Litigation | Civil Action File No.: 1:21-cv-00135<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Maria Valdez |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Plaintiffs, by and through Plaintiffs' interim lead class counsel, respectfully move the Court for an Order granting them leave to file the full version of their forthcoming motion to compel under seal. In support of this motion, Plaintiffs state as follows:

1. The Court ordered Plaintiffs to file their reply in support of their motion for preliminary injunction on or before May 17, 2021. Dkt. 51 at 8. Plaintiffs intend to file their reply brief later today – May 17, 2021.

2. The Court has entered an Agreed Confidentiality Order (Dkt. 62). The Agreed Confidentiality Order allows the parties to designate documents containing confidential information as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" and limits the parties' use of such information. *Id.* ¶¶ 2-7.

3. Additionally, the Agreed Confidentiality Order states that a party seeking to file a document containing information designated as "Confidential" or "Highly Confidential" must comply with Local Rule 26.2. *Id.* ¶ 9.

4. The reply brief contains information and exhibits designated by the Clearview Defendants as "Confidential" and "Highly Confidential" pursuant to the Agreed Confidentiality Order.

5. In order to preserve the confidential nature of the information and documents at issue, Plaintiffs seek to file the full version of their reply in support of their motion for preliminary injunction under seal. At the same time, Plaintiffs will publicly file a redacted version of the reply brief which also will also include all of the exhibits that are not confidential.

WHEREFORE, Plaintiffs respectfully move the Court for leave to file their reply in support of their motion for preliminary injunction under seal.

Dated: May 17, 2021

                        Respectfully submitted,

By:   /s/ Scott R. Drury
       SCOTT R. DRURY
       *Interim Lead Class Counsel for Plaintiffs*

       Mike Kanovitz
       Scott R. Drury
       Andrew Miller
       **LOEVY & LOEVY**
       311 N. Aberdeen, 3rd Floor
       Chicago, Illinois 60607
       312.243.5900
       drury@loevy.com

       Scott A. Bursor
       Joshua D. Arisohn
       **BURSOR & FISHER, P.A.**
       888 Seventh Avenue
       New York, NY 10019
       646.837.7150
       scott@bursor.com
       jarisohn@bursor.com

Frank S. Hedin (to be admitted *pro hac vice*)
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
415.766.3534
fhedin@hedinhall.com

Michael Drew
**NEIGHBORHOOD LEGAL LLC**
20 N. Clark Street #3300
Chicago, Illinois 60602
312.967.7220
mwd@neighborhood-legal.com

Michael Wood
Celetha Chatman
**COMMUNITY LAWYERS LLC**
20 N. Clark Street, Suite 3100
Chicago, Illinois 60602
312.757.1880
mwood@communitylawyersgroup.com
cchatman@communitylawyersgroup.com

Steven T. Webster
Aaron S. Book
**WEBSTER BOOKK LLP**
300 N. Washington, Ste. 404
Alexandria, Virginia 22314
888.987.9991
swebster@websterbook.com

*Other Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

    I, Scott R. Drury, an attorney, hereby certify that, on May 17, 2021, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

                                    /s/ Scott R. Drury
                                    *Interim Lead Class Counsel for Plaintiffs*