**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LETTUCE ENTERTAIN YOU ENTERPRISES, INC.; 12 W. ELM LLC d/b/a SPARROW; CHICAGO SCOOPS LLC; GIBSONS L.L.C.; GOLDEN FIVE, INC.; G DOCK, LLC d/b/a HARBOR CHICAGO; HOT ASIAN BUNS, LLC d/b/a WOW BAO; HUBBARD HOUSE RESTAURANT LLC d/b/a/ HUBBARD INN; JB AT RIVER NORTH d/b/a OLD CROW SMOKEHOUSE; JK SHIELDS LLC d/b/a SMYTH & THE LOYALIST; MAC PARENT, LLC; MANNY'S COFFEE SHOP, INC. d/b/a MANNY'S CAFETERIA & DELICATESSEN; NOODLES & COMPANY; ROTI RESTAURANTS, INC.; RPDC ILLINOIS LLC d/b/a ROBERT'S PIZZA AND DOUGH COMPANY; EPIC BURGER, INC.; FAST SANDWICH HOLDINGS INC.; 2263 N. LINCOLN CORP. d/b/a THE DIME; BANGERS & LACE CHICAGO LLC d/b/a BANGERS & LACE CHICAGO; DDMB INC. d/b/a EMPORIUM ARCADE BAR; R.F.R., INC. d/b/a GOLDEN CORRAL RESTAURANT; SARDHARIA BROTHERS, INC. d/b/a TANDOOR CHAR HOUSE; SECOND VENTURE LLC d/b/a L3 HOSPITALITY GROUP; WELL DONE HOSPITALITY GROUP,DDMB2 LLC d/b/a EMPORIUM ARCADE BAR; BANGERS & LACE EVANSTON, LLC d/b/a BANGERS & LACE; BANGERS & LACE ROSCOE VILLAGE LLC d/b/a KITE STRING CANTINA; BARNBQ LLC d/b/a OLD GROUNDS SOCIAL; BUCKTOWN DYSFUNCTIONAL PUB, INC.; DB STATE LLC d/b/a DOUGH BROS; DUSABLE MUSEUM OF AFRICAN AMERICAN HISTORY, INC.; DIVISION STREET CAFÉ LLC d/b/a LITTLE VICTORIES; FULTON PEORIA PARTNERS LLC d/b/a EMPORIUM | Case No. 20-cv-05140 |

ARCADE BAR; GC LOOMINGDALE, LLC; HUBBARD STEAK, LLC d/b/a JOY DISTRICT; CHICAGO ACADEMY OF SCIENCES / PEGGY NOTEBAERT NATURE MUSEUM; JO-KIM LOUNGE CORP. d/b/a HAPPY'S BAMBOO BAR AND LOUNGE; LOGAN SQUARE TAVERN LLC D/B/A SPILT MILK; NAS RESTAURANT GROUP, INC. d/b/a MIXED GREENS; PRIMOS LLC d/b/a HVAC PUB; SAN BENEDETTO, LLC d/b/a JULIET'S; and URBAN PLATES LLC,

                *Plaintiffs*,

vs.

A.O. SMITH CORPORATION, AFFILIATED FM INSURANCE COMPANY; ARGONAUT GREAT CENTRAL INSURANCE COMPANY; BADGER MUTUAL INSURANCE COMPANY; THE CHARTER OAK FIRE INSURANCE COMPANY; THE CINCINNATI INSURANCE COMPANY; CITIZENS INSURANCE COMPANY OF AMERICA; HARTFORD FIRE INSURANCE COMPANY; ILLINOIS CASUALTY COMPANY; OHIO SECURITY INSURANCE COMPANY; NORTH AMERICAN ELITE INSURANCE COMPANY; SENTINEL INSURANCE COMPANY, LIMITED; SOCIETY INSURANCE; SPECIALTY RISK OF AMERICA d/b/a SPRISKA; STARR SURPLUS LINES INSURANCE COMPANY; SECURA SUPREME INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; VIGILANT INSURANCE COMPANY; and ZURICH AMERICAN INSURANCE COMPANY,

                *Defendants*.

## NOTICE OF MOTION

To: Attorneys of Record

**YOU ARE HEREBY NOTIFIED** that on **September 16, 2020 at 9:15 a.m.**, we shall appear before the Honorable Judge Robert M. Dow, Jr. in **Room 2303** at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **ZURICH AMERICAN INSURANCE COMPANY'S MOTION TO SEVER**, a copy of which was previously filed and served upon you.

By: /s/Jared K. Clapper
Eileen King Bower
Jared K. Clapper
CLYDE & CO US LLP
55 West Monroe, Suite 3000
Chicago, IL 60603
T: (312) 635-7000
F: (312) 635-6950
E: eileen.bower@clydeco.us
E: jared.clapper@clydeco.us

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 8, 2020, a copy of foregoing Notice of Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.

                By: /s/Jared K. Clapper