# EXHIBIT 1

## TO REPLY IN SUPPORT OF PRELIMINARY INJUNCTION MOTION

## FILED UNDER SEAL