# EXHIBIT 2
## (REPLY IN SUPPORT OF PRELIMINARY INJUNCTION MOTION)

PLAINTIFF'S EXHIBIT
29

# EXHIBIT 3

(Page 2 of 5)



**Rocky Mountain Data Analytics**
6300 Riverside Plaza Ln Nw Ste 118
#52752
Albuquerque, NM 87120

November 4, 2019

Illinois Secretary of State Police - Police Inquiry Unit
501 South Second St, Rm 011
Springfield, IL 62756

### QUOTE

Rocky Mountain Data Analytics, LLC (RMDA) proposes to provide its proprietary technology to the Illinois Secretary of State Police - Police Inquiry Unit as follows:

**Product:** RMDA Technology, Database, and Investigative Toolkit
**Quantity:** 5 User Accounts
**Duration:** 12 months

Please note: all use of RMDA's Technology, Database, and Investigative Toolkit is subject to the End User License Agreement and the User Code of Conduct.

**Each User Account Includes:**

- Unlimited Use of RMDA's Proprietary Research System
- Unlimited Access to RMDA's Proprietary Database
- Smartphone and/or Desktop Versions of RMDA Program Available for Each User
- Help-Desk Support

**Fee (All Inclusive - 5 Accounts for 12 months): $5000**

If this proposal meets your approval, please remit payment via **check payable to Rocky Mountain Data Analytics** and send check to:

Rocky Mountain Data Analytics
6300 Riverside Plaza Ln Nw Ste 118
#52752
Albuquerque, NM 87120

*Please Note: Search results established through RMDA and its related systems and technologies are indicative not definitive. Rocky Mountain Data Analytics, LLC makes no guarantees as to the accuracy of its search-identification software. Law enforcement professionals MUST conduct further research in order to verify identities or other data generated by the RMDA system. RMDA is neither designed nor intended to be used as a single-source system for establishing the identity of an individual. Furthermore, RMDA is neither designed nor intended to be used as evidence in a court of law.*

MR000858