# EXHIBIT 3

## TO REPLY IN SUPPORT OF
## PRELIMINARY INJUNCTION MOTION

## FILED UNDER SEAL