# EXHIBIT 4

## TO REPLY IN SUPPORT OF PRELIMINARY INJUNCTION MOTION

## FILED UNDER SEAL