# EXHIBIT 5

## TO REPLY IN SUPPORT OF PRELIMINARY INJUNCTION MOTION

## FILED UNDER SEAL