# EXHIBIT 6
## (REPLY IN SUPPORT OF PRELIMINARY INJUNCTION MOTION)

# ILLINOIS BILL DRAFTING MANUAL
Published By
The Legislative Reference Bureau



Copyright 1989, 1990, 1994, 1996, 1999, 2001, 2003, 2005, and 2007
Illinois Legislative Reference Bureau
112 State Capitol
Springfield, IL 62706
Phone: (217) 782-6625

January 2007 Edition

JOINT COMMITTEE ON LEGISLATIVE
SUPPORT SERVICES (94th General Assembly)

Tom Cross, House Minority Leader, Chair
Michael J. Madigan, Speaker of the House
Emil Jones, Jr., President of the Senate
Frank C. Watson, Senate Minority Leader


LEGISLATIVE REFERENCE BUREAU BOARD
(94th General Assembly)

Senator Jacqueline Collins
Senator Daniel J. Cronin
Senator John Cullerton
Senator Kirk Dillard
Senator Adeline Jay Geo-Karis
Senator William R. Haine
Representative Roger Eddy
Representative Randall Hultgren
Representative Robert Pritchard

LEGISLATIVE REFERENCE BUREAU

Richard C. Edwards, Executive Director


Note on editions: The first edition of the *Illinois Bill Drafting Manual* was written by Richard C. Edwards and published in March 1990. The Legislative Reference Bureau published revised editions of the *Manual* in February 1994, January 1996, January 1999, January 2001, January 2003, and January 2005. This eighth edition published in January 2007 includes revisions made by Richard C. Edwards, David R. Johnson, and Nicole Truong with the assistance of Fritz Goebig, Wayne Hedenschoug, and Andrea Creek.

## CHAPTER 1. INTRODUCTION.

1-5. PURPOSE.
1-10. BILLS.
1-15. LEGISLATIVE DOCUMENTS AFFECTING BILLS.
    (a) AMENDMENTS.
    (b) MOTIONS TO CONCUR OR RECEDE.
    (c) CONFERENCE COMMITTEE REPORTS.
    (d) VETO MOTIONS.
1-20. CONSTITUTIONAL JOINT RESOLUTIONS.
1-25. OTHER LEGISLATIVE DOCUMENTS.
1-30. SCOPE OF THIS MANUAL.
1-35. REFERENCES TO RULES.
1-40. ETHICAL CONSIDERATIONS.
    (a) RULES OF PROFESSIONAL CONDUCT.
    (b) GENERAL ASSEMBLY AS CLIENT.
    (c) CONFIDENTIALITY.
    (d) IMPARTIALITY.

### SECTION 1-5. PURPOSE.

This Manual explains and illustrates the basic principles of drafting bills and other legislative documents.

### SECTION 1-10. BILLS.

In Illinois the only type of legislative document that may become law is a bill. The Illinois Constitution is explicit: "The General Assembly shall enact laws only by bill.". Ill. Const., art. IV, sec. 8, subsec. (a).

### SECTION 1-15. LEGISLATIVE DOCUMENTS AFFECTING BILLS.

**(a) AMENDMENTS.** A bill is often amended in the house of origin, the second house, or both. An amendment makes specific changes to the language of the bill. Although it is a distinct legislative document, an amendment does not exist independently of the bill it amends; the bill is always the basic document.

**(b) MOTIONS TO CONCUR OR RECEDE.** When a bill passes the house of origin, that house's amendments, if any, are incorporated into the bill and an engrossed bill is printed. The second house then considers the engrossed bill and may further amend it before passage. If the second house amends the bill, the house of origin may then adopt a motion either to concur or not to concur in one

STYLE AND LANGUAGE

| | |
|---|---|
| each and all | every |
| for the period of | for |
| for the purpose of | to |
| for the reason that | because |
| force and effect | effect |
| full and complete | complete |
| in connection with | with, about, concerning |
| in favor of | for |
| in many cases | often |
| in order to | to |
| in relation to | about, concerning |
| in some instances | sometimes |
| in terms of | in |
| in the event that | if |
| in the majority of instances | usually |
| in the nature of | like |
| inasmuch as | since |
| null and void | void |
| on the basis of | by, from |
| order and direct | order, direct |
| prior to | before |
| required in the case of | required when |
| subsequent to | after |
| the question as to whether | whether, the question whether |
| until such time as | until |
| with a view to | to |
| with reference to | about, concerning |
| with regard to | about, concerning |
| with respect to | on, about |

### SECTION 90-20. GRAMMAR.

(a) **GENERALLY.** A good book on grammar is one of a bill drafter's best friends. Some special problems are capitalization and numbers.

(b) **CAPITALIZATION.** Follow the general conventions for capitalization. If in doubt, lower case is usually preferred. Some special examples follow:

```
State (when referring to the State of Illinois)
statewide
Governor
Director of Revenue
```

277

```
any department
this Act (when referring to a statute)
"AN ACT" (as part of the title of a bill)
"An Act" (when referring to the title of an Act)
this Section (when referring to a statute)
Cook County
Sangamon County and Macon County
any county
the counties of DuPage, Kane, Lake, McHenry, and
  Will
federal government
State Treasurer
State treasury
State's Attorney
```

  **(c) NUMBERS; FIGURES OR WORDS.** Generally express numbers as figures. An exception is when the number is the first word of a sentence. Another exception is the number "one", other than in a date, as a dollar amount, or as a percentage. A final exception is vulgar fractions (that is, fractions expressed in the form "x/y"), which are even better stated as percentages, and other hyphenated words containing a number. Examples follow:

```
5% (Not: five percent)
Fifty percent (beginning a sentence)
July 1, 2007
one year (Not: 1 year)
$1,000 (Not: one thousand dollars ($1,000))
Two or more municipalities may consolidate
1% (Not: one percent)
$1 (Not: one dollar)
$50 (not $50.00)
three-fourths (Not: 3/4ths or 3/4)
80% (Better than: four-fifths)
```

  If a number has figures only to the right of a decimal point, insert "0" to the left of the decimal point so that the decimal point's placement is clear. Examples follow:

```
$0.50
0.5%
Sec. 0.01. Short title.
```

(Use the last example only in a bill to enact a Uniform Act. See Section 77-10 of this Manual.)

  **(d) PROPERTY DESCRIPTIONS.** Occasionally a bill or an amendment includes a legal description of real property. For example, a bill may