IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Clearview AI, Inc. Consumer Privacy Litigation | Civil Action File No.: 1:21-cv-00135 |
| | Judge Sharon Johnson Coleman |
| | Magistrate Judge Maria Valdez |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE STIPULATED NOTICE OF
SUPPLEMENTAL INFORMATION UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2, Plaintiffs, by and through Plaintiffs' interim lead class counsel, respectfully move the Court for an Order granting leave to file the Parties' forthcoming Stipulated Notice of Supplemental Information, consisting of the full deposition transcript of Thomas Mulcaire, as well as the corresponding exhibits, under seal. In support of this motion, Plaintiffs state as follows:

1. During a hearing on May 21, 2021, the Court expressed an interest in being able to review the full deposition transcript of Thomas Mulcaire. The transcript contains information that the Clearview Defendants have designated "Confidential" or "Highly Confidential."

2. The Court has entered an Agreed Confidentiality Order (Dkt. 62). The Agreed Confidentiality Order allows the parties to designate documents containing confidential information as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" and limits the Parties' use of such information. *Id*. ¶¶ 2-7.

3. Additionally, the Agreed Confidentiality Order states that a party seeking to file a document containing information designated as "Confidential" or "Highly Confidential" must comply with Local Rule 26.2. *Id.* ¶ 9.

4.     In order to preserve the confidential nature of the information and documents at issue, the Parties seek to file Mr. Mulcaire's deposition transcript under seal.

WHEREFORE, Plaintiffs respectfully move the Court for leave to file the forthcoming Notice of Supplemental Information under seal.

Dated: May 21, 2021

Respectfully submitted,

By:     /s/ Scott R. Drury
        SCOTT R. DRURY
        *Interim Lead Class Counsel for Plaintiffs*

        Mike Kanovitz
        Scott R. Drury
        Andrew Miller
        **LOEVY & LOEVY**
        311 N. Aberdeen, 3rd Floor
        Chicago, Illinois 60607
        312.243.5900
        drury@loevy.com

        Scott A. Bursor
        Joshua D. Arisohn
        **BURSOR & FISHER, P.A.**
        888 Seventh Avenue
        New York, NY 10019
        646.837.7150
        scott@bursor.com
        jarisohn@bursor.com

        Frank S. Hedin (to be admitted *pro hac vice*)
        **HEDIN HALL LLP**
        Four Embarcadero Center, Suite 1400
        San Francisco, California 94104
        415.766.3534
        fhedin@hedinhall.com

Michael Drew
**NEIGHBORHOOD LEGAL LLC**
20 N. Clark Street #3300
Chicago, Illinois 60602
312.967.7220
mwd@neighborhood-legal.com

Michael Wood
Celetha Chatman
**COMMUNITY LAWYERS LLC**
20 N. Clark Street, Suite 3100
Chicago, Illinois 60602
312.757.1880
mwood@communitylawyersgroup.com
cchatman@communitylawyersgroup.com

Steven T. Webster
Aaron S. Book
**WEBSTER BOOKK LLP**
300 N. Washington, Ste. 404
Alexandria, Virginia 22314
888.987.9991
swebster@websterbook.com

*Other Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Scott R. Drury, an attorney, hereby certify that, on May 21, 2021, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Scott R. Drury
*Interim Lead Class Counsel for Plaintiffs*