## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation,
et al.

                                                    Plaintiff,

v.
                                                            Case No.:
                                                            1:21−cv−00135

                                                            Honorable Sharon
                                                            Johnson Coleman

Clearview AI, Inc., et al.

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 26, 2021:

      MINUTE entry before the Honorable Maria Valdez: Settlement conference held. Parties reach terms of settlement regarding a stipulation in lieu of Plaintiffs' request for a TRO. Parties to jointly file the stipulation. A WebEx status hearing will be held on July 1, 2021 at 2:00PM before Judge Valdez. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.