# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|   |   |
|---|---|
| *In re: Clearview AI, Inc. Consumer Privacy Litigation* | Case No. 1:21-cv-00135 <br><br> Hon. Sharon Johnson Coleman |

## UNOPPOSED MOTION FOR CLARIFICATION

Defendants Clearview AI, Inc. ("Clearview"), Hoan Ton-That, Richard Schwartz, Rocky Mountain Data Analytics LLC, and Thomas Mulcaire (collectively, the "Clearview Defendants") respectfully move for a clarification that the April 9, 2021 Consolidated Class Action Complaint (dkt. 29) is the operative complaint against the Clearview Defendants. In support of this Motion, the Clearview Defendants state as follows:

1. On April 9, 2021, Plaintiffs filed the Consolidated Class Action Complaint (dkt. 29) (the "April 9 Complaint").

2. At a status conference on May 21, 2021, Plaintiffs' counsel sought "leave to amend the underlying complaints to comport with the pleadings in the consolidated complaint," and the Court granted leave (dkt. 78). In the Court's order, it directed Plaintiffs' counsel "to file the amended complaint on the lead case docket, 21-cv-00135, and designate to which case it applies to in their pleading." *Id.*

3. On May 24, 2021, the Clearview Defendants timely filed a motion to dismiss the April 9 Complaint (dkt. 87, 88).

4. On May 25, 2021, Plaintiffs filed an amended underlying complaint in 1:20-cv-512 (dkt. 90) (the "May 25 Complaint"). Pursuant to the Court's May 21, 2021 Order, Plaintiffs

1

filed the amended underlying complaint on the lead case docket, 21-cv-00135.

5. The Clearview Defendants request a clarification by the Court that:

   a) The April 9 Complaint is the operative complaint in the above-captioned action;

   b) Briefing on the Clearview Defendants' motion to dismiss the April 9 Complaint will proceed on the schedule set forth in the Court's May 25, 2021 minute entry (dkt. 89); and

   c) The May 25 Complaint is an underlying complaint in 1:20-cv-512 to which the Clearview Defendants have no obligation to respond.

6. Counsel for Plaintiffs has informed counsel for the Clearview Defendants that they do not oppose the clarification sought in this motion.

June 16, 2021                               Respectfully submitted,

By:     /s/ Lee Wolosky
          Lee Wolosky (admitted pro hac vice)
          Andrew J. Lichtman (admitted pro hac vice)
          JENNER & BLOCK LLP
          919 Third Avenue
          New York, New York 10022-3908
          Phone: (212) 891-1600
          lwolosky@jenner.com
          alichtman@jenner.com

          Howard S. Suskin (6185999)
          Precious S. Jacobs-Perry (6300096)
          JENNER & BLOCK LLP
          353 North Clark Street
          Chicago, Illinois 60654
          Phone: (312) 222-9350
          hsuskin@jenner.com
          pjacobs-perry@jenner.com

          Floyd Abrams (admitted pro hac vice)
          Joel Kurtzberg (admitted pro hac vice)
          CAHILL GORDON & REINDEL LLP
          32 Old Slip
          New York, NY 10005
          Phone: (212) 701-3000
          fabrams@cahill.com
          jkurtzberg@cahill.com

          Attorneys for Defendants Clearview AI, Inc., Hoan Ton-That, Richard Schwartz, Rocky Mountain Data Analytics LLC, and Thomas Mulcaire