# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

Plaintiff,

v.

Clearview AI, Inc., et al.

Defendant.

Case No.: 1:21−cv−00135

Honorable Sharon Johnson Coleman

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 2, 2021:

MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants' unopposed motion to file excess pages [148] is granted. Defendants to file their reply brief in support of their motion to dismiss [87] of not more than 20 pages. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.