IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Clearview AI, Inc. Consumer Privacy Litigation | Civil Action File No.: 1:21-cv-00135<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Maria Valdez |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN CONNECTION WITH PLAINTIFFS' OPPOSITION TO CLEARVIEW DEFENDANTS' MOTION TO DISMISS**

Plaintiffs, by and through interim lead class counsel, respectfully submit this Notice of Supplemental Authority in connection with Plaintiffs' Opposition to Clearview Defendants' Motion to Dismiss (Dkt. 134). Specifically, on August 27, 2021, the court in the matter of *American Civil Liberties Union v. Clearview AI, Inc.*, No. 20 CH 4353 (Cir. Ct. Cook Cnty.) denied in its entirety the motion to dismiss of Defendant Clearview AI, Inc. As here, the case alleges violations of Illinois' Biometric Information Privacy Act ("BIPA"). As relevant here, in its motion to dismiss, Defendant Clearview AI, Inc. unsuccessfully sought dismissal on the following grounds: (a) BIPA does not apply to photographs or faceprints derived from photographs; (b) Illinois' extraterritoriality doctrine and the dormant Commerce Clause barred the plaintiffs' claims; and (c) BIPA, as applied in the case, violated the First Amendment. A copy of the court's opinion is attached hereto as Exhibit 1.

Dated: September 1, 2021

Respectfully submitted,

By: /s/ Scott R. Drury
SCOTT R. DRURY
*Interim Lead Class Counsel for Plaintiffs*

1

Mike Kanovitz
Scott R. Drury
Andrew Miller
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900
drury@loevy.com

Scott A. Bursor
Joshua D. Arisohn
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
646.837.7150
scott@bursor.com
jarisohn@bursor.com

Frank S. Hedin (to be admitted *pro hac vice*)
**HEDIN HALL LLP**
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
415.766.3534
fhedin@hedinhall.com

Michael Drew
**NEIGHBORHOOD LEGAL LLC**
20 N. Clark Street #3300
Chicago, Illinois 60602
312.967.7220
mwd@neighborhood-legal.com

Michael Wood
Celetha Chatman
**COMMUNITY LAWYERS LLC**
20 N. Clark Street, Suite 3100
Chicago, Illinois 60602
312.757.1880
mwood@communitylawyersgroup.com
cchatman@communitylawyersgroup.com

        Steven T. Webster
Aaron S. Book
**WEBSTER BOOKK LLP**
300 N. Washington, Ste. 404
Alexandria, Virginia 22314
888.987.9991
swebster@websterbook.com

*Other Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I, Scott R. Drury, an attorney, hereby certify that, on September 1, 2021, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

    /s/ Scott R. Drury
    *Interim Lead Class Counsel for Plaintiffs*