# CAHILL GORDON & REINDEL LLP
## 32 OLD SLIP
## NEW YORK, NY 10005

| | | | | |
|---|---|---|---|---|
| HELENE R. BANKS | ARIEL GOLDMAN | TELEPHONE: (212) 701-3000 | BRIAN T. MARKLEY | JONATHAN D. THIER |
| ANIRUDH BANSAL | PATRICK GORDON | WWW.CAHILL.COM | MEGHAN N. McDERMOTT | SEAN P. TONOLLI |
| DAVID L. BARASH | JASON M. HALL | | WILLIAM J. MILLER | JOHN A. TRIPODORO |
| LANDIS C. BEST | STEPHEN HARPER | 1990 K STREET, N.W. | NOAH B. NEWITZ | GLENN J. WALDRIP, JR. |
| BRADLEY J. BONDI | WILLIAM M. HARTNETT | WASHINGTON, DC 20006-1181 | WARREN NEWTON § | HERBERT S. WASHER |
| BROCKTON B. BOSSON | NOLA B. HELLER | (202) 862-8900 | DAVID R. OWEN | MICHAEL B. WEISS |
| JONATHAN BROWNSON * | CRAIG M. HOROWITZ | | JOHN PAPACHRISTOS | DAVID WISHENGRAD |
| JOYDEEP CHOUDHURI * | DOUGLAS S. HOROWITZ | CAHILL GORDON & REINDEL (UK) LLP | LUIS R. PENALVER | COREY WRIGHT |
| JAMES J. CLARK | TIMOTHY B. HOWELL | 24 MONUMENT STREET | KIMBERLY PETILLO-DÉCOSSARD | JOSHUA M. ZELIG |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | LONDON EC3R 8AJ | SHEILA C. RAMESH | DANIEL J. ZUBKOFF |
| LISA COLLIER | ELAI KATZ | +44 (0) 20 7920 9800 | MICHAEL W. REDDY | |
| AYANO K. CREED | JAKE KEAVENY | | OLEG REZZY | |
| PRUE CRIDDLE ± | BRIAN S. KELLEHER | | THORN ROSENTHAL | * ADMITTED AS A SOLICITOR IN ENGLAND AND WALES ONLY |
| SEAN M. DAVIS | RICHARD KELLY | WRITER'S DIRECT NUMBER | TAMMY L. ROY | ± ADMITTED AS A SOLICITOR IN WESTERN AUSTRALIA ONLY |
| STUART G. DOWNING | CHÉRIE R. KISER ‡ | | JONATHAN A. SCHAFFZIN | |
| ADAM M. DWORKIN | JOEL KURTZBERG | | DARREN SILVER | ‡ ADMITTED IN DC ONLY |
| ANASTASIA EFIMOVA | TED B. LACEY | | JOSIAH M. SLOTNICK | § ADMITTED AS AN ATTORNEY IN THE REPUBLIC OF SOUTH AFRICA ONLY |
| JENNIFER B. EZRING | MARC R. LASHBROOK | | RICHARD A. STIEGLITZ JR. | |
| HELENA S. FRANCESCHI | ALIZA R. LEVINE | | ROSS E. STURMAN | |
| JOAN MURTAGH FRANKEL | JOEL H. LEVITIN | | SUSANNA M. SUH | |
| JONATHAN J. FRANKEL | GEOFFREY E. LIEBMANN | (212) 701-3621 | ANTHONY K. TAMA | |

September 4, 2021

Re: *In re: Clearview AI, Inc. Consumer Privacy Litigation*, 1:21-cv-00135

Dear Judge Coleman:

We write on behalf of Defendants Clearview AI, Inc., Hoan Ton-That, Richard Schwartz, Rocky Mountain Data Analytics LLC, and Thomas Mulcaire (collectively, the "Clearview Defendants") to bring to the Court's attention the September 2, 2021 decision of the Eighth Circuit in *Ness* v. *City of Bloomington*, --- F.4th ---, 2021 WL 3918886 (8th Cir. Sept. 2, 2021). This decision is relevant to the Clearview Defendants' pending motion to dismiss in *In re Clearview AI, Inc. Consumer Privacy Litigation*. In *Ness*, the Eighth Circuit struck down on First Amendment grounds a municipal ordinance forbidding photography and video recording of children in public parks without parental consent. *Id.* at *1. The court found that the ordinance was a content-based restriction on speech requiring strict scrutiny, a test that the ordinance could not meet. *Id.* at *6.

The Eighth Circuit held that strict scrutiny was required because "city officials must examine the content of the speech to determine whether it is prohibited." *Id.* Specifically, to determine whether plaintiffs' photography or video recordings were prohibited by the ordinance, "an official must examine the content of the photograph or video recording to determine whether a child's image is captured." *Id.* As a result, the ordinance could not stand.

The same reasoning applies in this case because in order to determine whether the Clearview Defendants have violated the Illinois Biometric Information Privacy Act ("BIPA"), an examination must be conducted into whether the content of material created by Defendants contains biometric information or biometric identifiers. 740 ILCS 14/15. In both instances an examination of content must be made. Therefore, as in *Ness*, strict scrutiny is warranted here. And, as detailed in the Clearview Defendants' motion to dismiss, Plaintiffs in this case do not even maintain that BIPA could withstand strict scrutiny.

CAHILL GORDON & REINDEL LLP

-2-

We respectfully submit that the *Ness* decision further supports granting the Clearview Defendants' motion to dismiss.

Respectfully Submitted,

By: /s/ Floyd Abrams

Floyd Abrams
Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Phone: (212) 701-3000
jkurtzberg@cahill.com
fabrams@cahill.com

Lee Wolosky (admitted pro hac vice)
Andrew J. Lichtman (pro hac vice pending)
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022-3908
Phone: (212) 891-1600
lwolosky@jenner.com
alichtman@jenner.com

Howard S. Suskin
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Phone: (312) 222-9350
hsuskin@jenner.com

Attorneys for Defendants Clearview AI, Inc., Hoan Ton-That, Richard Schwartz, Rocky Mountain Data

CAHILL GORDON & REINDEL LLP

-3-

                Analytics LLC, and Thomas Mulcaire