**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| *In re: Clearview AI, Inc. Consumer Privacy Litigation* | ) ) ) | Case No. 1:21-cv-00135 |
| | ) | Hon. Sharon Johnson Coleman |
| | ) | |
| | ) | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Jenner & Block LLP ("Jenner & Block") hereby moves to withdraw the Appearance of Lee Wolosky on behalf of Defendants Clearview AI, Inc., Hoan Ton-That, Richard Schwartz, Rocky Mountain Data Analytics LLC, and Thomas Mulcaire (collectively, the "Clearview Defendants"). Mr. Wolosky is taking a leave of absence from Jenner & Block effective September 11, 2021 in order to serve at the White House as Special Counsel to the President of the United States. The Clearview Defendants will continue to be represented by Howard Suskin, Precious Jacobs-Perry, and Andrew Lichtman of Jenner & Block and Floyd Abrams and Joel Kurtzberg of Cahill Gordon & Reindel LLP.

September 9, 2021

Respectfully submitted,

By:   /s/ Andrew J. Lichtman
      Andrew J. Lichtman (*pro hac vice*)
      JENNER & BLOCK LLP
      919 Third Avenue
      New York, New York 10022-3908
      Phone: (212) 891-1600
      alichtman@jenner.com

      Howard S. Suskin (ARDC No. 6185999)
      Precious S. Jacobs-Perry (ARDC No. 6300096)
      JENNER & BLOCK LLP
      353 North Clark Street
      Chicago, Illinois 60654
      Phone: (312) 222-9350
      hsuskin@jenner.com
      pjacobs-perry@jenner.com

      Floyd Abrams
      Joel Kurtzberg
      CAHILL GORDON & REINDEL LLP
      32 Old Slip
      New York, NY 10005
      Phone: (212) 701-3000
      fabrams@cahill.com
      jkurtzberg@cahill.com

      Attorneys for Defendants Clearview AI, Inc.,
      Hoan Ton-That, Richard Schwartz, Rocky
      Mountain Data Analytics LLC, and Thomas
      Mulcaire

2

**CERTIFICATE OF SERVICE**

I certify that on September 9, 2021, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to all counsel of record.


By:     /s/ *Andrew J. Lichtman*