# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

                                         Plaintiff,

v.                                                  Case No.: 1:21−cv−00135

                                                           Honorable Sharon Johnson Coleman

Clearview AI, Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 24, 2021:

      MINUTE entry before the Honorable Maria Valdez: The parties' Agreed Motion to Modify Briefing Schedule [177] is granted. Plaintiffs' response to Defendants' Motion to Modify Confidentiality Order [162] is now due 10/1/21 and Defendants' reply is now due 10/8/21. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.