# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

                                        Plaintiff,

v.                                                        Case No.: 1:21−cv−00135

                                                                Honorable Sharon Johnson Coleman

Clearview AI, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 7, 2021:

       MINUTE entry before the Honorable Maria Valdez: Plaintiffs' Motion to Strike Clearview Defendants' Motion to Quash Nonparty Subpoenas for Failure to Comply with Local Rule 37.2 [186] is granted. The Clearview Defendants' Motion to Quash Nonparty Subpoenas [179] is stricken without prejudice. The parties are directed to meet and confer on the topics raised in the motion to quash as required by Local Rule 37.2. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.