## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: Clearview AI, Inc. Consumer Privacy Litigation

Case Number: 1:21-cv-00135

An appearance is hereby filed by the undersigned as attorney for:
Steven Renderos, Valeria Thais Suárez Rojas, Reyna Maldonado, Lisa Knox, Mijente Support Committee, and Norcal Resist Fund

Attorney name (type or print): Kevin Herrera

Firm: JUST FUTURES LAW

Street address: P.O. Box 32194

City/State/Zip: Chicago, IL 60632

Bar ID Number: 6324045
(See item 3 in instructions)

Telephone Number: (919) 698-5015

Email Address: kevin@justfutureslaw.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 15, 2021

Attorney signature: S/ Kevin L. Herrera
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015