**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Clearview AI, Inc., Consumer Privacy Litigation, et al.

                                Plaintiff,

v.                                      Case No.: 1:21−cv−00135

                                      Honorable Sharon Johnson Coleman

Clearview AI, Inc., et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 18, 2021:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Attorney Kevin Herrera's motion for leave to appear as local counsel [188]and attorneys Tracy O. Zinsou and Ellen V. Leonida's motion for leave to appear pro hac vice [189],[190] are all granted. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.