**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: Clearview AI, Inc. Consumer Privacy Litigation | Case No.: 1:21-cv-00135 |
| | Judge Sharon Johnson Coleman |
| | Magistrate Judge Maria Valdez |

## PLAINTIFFS STEVEN RENDEROS, VALERIA THAIS SUÁREZ ROJAS, REYNA MALDONADO, LISA KNOX, MIJENTE SUPPORT COMMITTEE, AND NORCAL RESIST FUND'S MOTION TO REMAND

Plaintiffs Steven Renderos, Valeria Thais Suárez Rojas, Reyna Maldonado, Lisa Knox, Mijente Support Committee, and Norcal Resist Fund ("Plaintiffs") will and hereby do move this Court for an order remanding their case to the Superior Court of California, Alameda County, where their Complaint was filed ("Motion").

This Motion is based upon this Motion and the concurrently filed Notice of Motion, Memorandum of Points and Authorities in support of the Motion, the Declarations of Ellen V. Leonida, Reyna Maldonado, and Lisa Knox, and the files and records in this action and any further evidence and argument that the Court may consider.

Dated: October 20, 2021

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

Ellen V. Leonida, Esq. (Admitted *Pro Hac Vice*)
leonida@braunhagey.com
Tracy O. Zinsou, Esq. (Admitted *Pro Hac Vice*)
zinsou@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

Kevin Herrera (IL SBN: 6324045)
kevin@justfutureslaw.org
JUST FUTURES LAW
P.O. Box 32194
Chicago, IL 60632
Telephone: (919) 698-5015

*Attorneys for Plaintiffs Steven Renderos,
Valeria Thais Suárez Rojas, Reyna
Maldonado, Lisa Knox, Mijente Support
Committee, and Norcal Resist Fund*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2021 I caused the foregoing NOTICE OF MOTION with the Clerk of Court for the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which will automatically transmit requested notice to all parties of record.

Dated: October 20, 2021

_____

Ellen V. Leonida