Michael C. Wenzel, State Bar No. 215388
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email:    mwenzel@bfesf.com

Attorneys for Defendant
COUNTY OF ALAMEDA
(Erroneously Sued as ALAMEDA COUNTY DISTRICT ATTORNEY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: CLEARVIEW AI, INC., CONSUMER PRIVACY LITIGATION | Case No. 1:21-cv-00135<br>MDL No. 2967<br><br>**COUNTY OF ALAMEDA'S CONDITIONAL OPPOSITION TO PLAINTIFFS' MOTION TO REMAND TO STATE COURT**<br><br>**Hon. Sharon Johnson Coleman** |

1

DEFENDANT COUNTY OF ALAMEDA'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND
*In re: Clearview AI, Inc., Consumer Privacy Litigation*, USDC Northern District of Illinois Case No. 1:21-cv-00135

On October 20, 2021, Plaintiffs filed a Motion to Remand ("Motion") this case to the Superior Court of California in Alameda County, where their Complaint was originally filed. (Dkt. Nos. 192, 193). Defendant COUNTY OF ALAMEDA (the "COUNTY") hereby opposes Plaintiffs' Motion to the extent that the Motion relies on the proposition that the COUNTY is a properly joined defendant to this action, as set forth in its Motion for Judicial Determination for Fraudulent Joinder or, in the Alternative, Remand to State Court. (Dkt. No. 210.) The COUNTY maintains that it was fraudulently joined by Plaintiffs solely to defeat federal diversity jurisdiction. However, as set forth in the COUNTY's motion, to the extent that the Court finds that the COUNTY is a properly joined defendant, this case should be remanded to state court because the COUNTY is a non-diverse defendant that did not consent to removal to federal court.

Dated: November 24, 2021         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: _____*/s/ Michael C. Wenzel*_____
Michael C. Wenzel
Attorneys for Defendant
COUNTY OF ALAMEDA