# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

Plaintiff,

v.

Clearview AI, Inc., et al.

Defendant.

Case No.:
1:21−cv−00135

Honorable Sharon
Johnson Coleman

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 20, 2021:

      MINUTE entry before the Honorable Maria Valdez: Plaintiffs' Motion to Compel the Clearview Defendants to Respond to Plaintiffs' Written Discovery [213] is granted in part and denied in part and Plaintiffs' Motion for Protective Order With Respect to Defendants' Written Discovery Requests [215] is granted in part and denied in part. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.