IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Clearview AI, Inc. Consumer Privacy Litigation | Case No.: 1:21-cv-00135<br>Judge Sharon Johnson Coleman<br>Magistrate Judge Maria Valdez |

### REQUEST FOR ORAL ARGUMENT

Plaintiffs Steven Renderos, Valeria Thais Suárez Rojas, Reyna Maldonado, Lisa Knox, Mijente Support Committee ("Mijente"), and NorCal Resist Fund ("NorCal Resist") (collectively, "Plaintiffs") hereby respectfully request oral argument on their Motion to Remand. Pursuant to this Court's Case Procedure regarding oral arguments, "the Court will consider scheduling oral arguments on substantive motions if a party requests such arguments and commits to entrust the argument to an attorney who has been out of law school for fewer than six years." United States District Court Northern District of Illinois, https://www.ilnd.uscourts.gov/judge-cmp-detail.aspx?cmpid=1017 (last visited Dec. 28, 2021). Counsel for Plaintiffs certify that if the Court sets this matter for oral argument, counsel Amy Senia—who graduated from law school two years ago in 2019—will be entrusted with the argument.

Dated: December 28, 2021

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

_____
Ellen V. Leonida, Esq. (Admitted *Pro Hac Vice*)
leonida@braunhagey.com
Tracy O. Zinsou, Esq. (Admitted *Pro Hac Vice*)

1

zinsou@braunhagey.com
Pratik K. Raj Ghosh, Esq. (ARDC: 6326943)
ghosh@braunhagey.com
Amy Senia, Esq. (Admitted *Pro Hac Vice*)
senia@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

Kevin Herrera (IL SBN: 6324045)
kevin@justfutureslaw.org
JUST FUTURES LAW
P.O. Box 32194
Chicago, IL 60632
Telephone: (919) 698-5015

*Attorneys for Plaintiffs Steven Renderos, Valeria Thais Suárez Rojas, Reyna Maldonado, Lisa Knox, Mijente Support Committee, and NorCal Resist Fund*

2