# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

              Plaintiff,

v.

Clearview AI, Inc., et al.

              Defendant.

Case No.: 1:21−cv−00135

Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 2, 2022:

  MINUTE entry before the Honorable Maria Valdez: Plaintiffs' Motion to Lift Stay of Discovery as to Macy's, Inc. [275] is stricken without prejudice for failure to comply with Local Rule 37.2 and this Court's standing order. The parties are directed to meet and confer on the topics raised in Plaintiffs' motion and are strongly encouraged to resolve any disputes so as to obviate the need for Court intervention. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.