# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

Plaintiff,

v.

Case No.: 1:21−cv−00135

Honorable Sharon Johnson Coleman

Clearview AI, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 25, 2022:

MINUTE entry before the Honorable Sharon Johnson Coleman: The Court denies defendants' motions to strike plaintiffs' reply filed on December 28, 2021 because according to the Court's docket entry of October 28, 2021, the replies for the motions to remand were due on December 29, 2021 [248, 249, 250]. In other words, the reply was timely filed. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.