# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re: Clearview AI, Inc. Consumer Privacy Litigation* | ) ) ) ) ) ) ) Case No. 1:21-cv-00135<br><br>Hon. Sharon Johnson Coleman |

### NOTICE OF THE CLEARVIEW DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER THE FIRST AMENDED COMPLAINT

Please take notice that on Monday, March 7, 2022 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Sharon Johnson Coleman, or any judge sitting in her stead in Courtroom 1241 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or by telephone or videoconference if directed by the Court, and shall present the Clearview Defendants' Unopposed Motion for Extension of Time to Answer the First Amended Complaint.

March 2, 2022

Respectfully submitted,

By:  */s/ Precious S. Jacobs-Perry*

Precious S. Jacobs-Perry (ARDC No. 6300096)
Howard S. Suskin (ARDC No. 6185999)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Phone: (312) 222-9350
pjacobs-perry@jenner.com
hsuskin@jenner.com

Lee Wolosky (pro hac vice)
Andrew J. Lichtman (pro hac vice)
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022-3908
Phone: (212) 891-1600
lwolosky@jenner.com
alichtman@jenner.com

Floyd Abrams
Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Phone: (212) 701-3000
fabrams@cahill.com
jkurtzberg@cahill.com

Attorneys for Defendants Clearview AI, Inc., Hoan Ton-That, Richard Schwartz, Rocky Mountain Data Analytics LLC, and Thomas Mulcaire

3

## CERTIFICATE OF SERVICE

I certify that on March 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

By: ___*/s/ Precious S. Jacobs-Perry*