**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Clearview AI, Inc., Consumer Privacy
Litigation, et al.

                                Plaintiff,

v.                                      Case No.: 1:21−cv−00135

                                      Honorable Sharon Johnson
                                      Coleman

Clearview AI, Inc., et al.

                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 15, 2022:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants Clearview AI, Inc., Thomas Mulcaire, Rocky Mountain Data Analytics LLC, Richard Schwartz, Hoan Ton−That's motion for oral argument on their motion for reconsideration and clarification of points in the Court's February 14, 2022 Memorandum Opinion and Order, and partial motion to dismiss for lack of subject matter jurisdiction [333] is taken under advisement. No appearance necessary on 4/21/2022. Defendants to file a response to plaintiffs' Fed. R. Civ. P. 12(f) motion to strike certain allegations in the counterclaim of defendant Clearview AI, Inc. [330] on or before 5/13/2022. Plaintiffs to file a reply on or before 5/27/2022. Once the matter is fully briefed, the Court shall take it under advisement. No appearance necessary on 4/19/2022. As this Court's website directs, the parties must provide courtesy copies in hard copy form of all substantive and/or dispositive motions, including the corresponding legal briefs and attachments. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.