

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date:   Case Number:

Case Title:   Judge:

### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

❑   Document entered in error.

❑   Document withdrawn or removed per court order of   7/8/2022

❑   Incorrect document linked.

❑   Other:

❑   Removed per IOP30(b).


Thomas G. Bruton, Clerk

By: /s/
    Deputy Clerk

Rev. 11/29/2016