

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date:                                    Case Number:

Case Title:                              Judge:

### DOCUMENT REMOVED DUE TO REASON(S) CHECKED BELOW

❑  Document entered in error.

❑  Document withdrawn or removed per court order of   7/8/2022

❑  Incorrect document linked.

❑  Other:

❑  Removed per IOP30(b).


                                         Thomas G. Bruton, Clerk

                                         By: /s/
                                              Deputy Clerk

Rev. 11/29/2016