IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| | ) | |
| | ) | Case No. 1:21-cv-00135 |
| | ) | |
| In re: Clearview AI, Inc., Consumer Privacy Litigation | ) ) | Hon. Sharon Johnson Coleman |
| | ) | |
| | ) | Magistrate Judge Maria Valdez |
| | ) | |
| | ) | |

## NOTICE OF CHANGE OF LAW FIRM AND ADDRESS

Scott R. Drury, Plaintiffs' interim lead class counsel, respectfully notifies the Court of his change of law firm and address as follows:

Scott R. Drury
DRURY LEGAL, LLC
6 Carriage Lane
Highwood, Illinois 60040
(312) 358-8225
scott@drurylegal.com

Drury has already updated the information in PACER.

Dated: September 28, 2022

                                                        Respectfully submitted,

                                                        /s/ Scott R. Drury
                                                        SCOTT R. DRURY
                                                        *Plaintiffs' Interim Lead Class Counsel*

Scott R. Drury
DRURY LEGAL, LLC
6 Carriage Lane
Highwood, Illinois 60040
(312) 358-8225
scott@drurylegal.com

## **CERTIFICATE OF SERVICE**

      I, Scott R. Drury, an attorney, hereby certify that on September 28, 2022, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

      /s/ Scott R. Drury
      SCOTT R. DRURY