IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Clearview AI, Inc. Consumer Privacy Litigation | Civil Action File No.: 1:21-cv-00135<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Maria Valdez |

**MOTION TO WITHDRAW ATTORNEY APPEARANCE OF KAREN NEWIRTH**

Plaintiffs, by and through interim lead class counsel, and pursuant to Local Rule 83.17, seek leave of Court to withdraw the appearance of attorney Karen Newirth as counsel for Plaintiffs. In support of this motion, Plaintiffs state as follows:

1. Karen Newirth is an attorney of record for Plaintiff Hurvitz. Ms. Newirth was formerly an attorney with Loevy &amp; Loevy, but her employment with the firm has ended. Accordingly, Plaintiffs seek to withdraw Ms. Newirth's appearance.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order withdrawing Karen Newirth's appearance in this matter.

Dated: October 4, 2022

Respectfully submitted,

By: /s/ Mike Kanovitz
Mike Kanovitz
*One of Plaintiff's Attorneys*

Michael Kanovitz
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607

312.243.5900
mike@loevy.com