IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Clearview AI, Inc. Consumer Privacy Litigation | Civil Action File No.: 1:21-cv-00135<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Maria Valdez |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MIKE KANOVITZ

Mike Kanovitz, as an attorney of Loevy & Loevy, hereby moves this Court for leave to withdraw as counsel for Plaintiffs. In support, the undersigned counsel states as follows:

1. Mike Kanovitz requests to withdraw from this case as an attorney for Plaintiffs.
2. Scott Drury continues to represent Plaintiffs.

Dated: October 4, 2022

Respectfully submitted,

By:  /s/     Mike Kanovitz

Mike Kanovitz
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900