IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Clearview AI, Inc. Consumer Privacy Litigation | Civil Action File No.: 1:21-cv-00135 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Maria Valdez |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF JON LOEVY

Jon Loevy, as an attorney of Loevy & Loevy, hereby moves this Court for leave to withdraw as counsel for Plaintiffs. In support, the undersigned counsel states as follows:

1. Jon Loevy requests to withdraw from this case as an attorney for Plaintiffs.

2. Scott Drury continues to represent Plaintiffs.

Dated: October 4, 2022

Respectfully submitted,

By:    /s/      Jon Loevy

Jon Loevy
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900