IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Clearview AI, Inc. Consumer Privacy Litigation | Civil Action File No.: 1:21-cv-00135 |
| | Judge Sharon Johnson Coleman |
| | Magistrate Judge Maria Valdez |

## <u>MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MEGAN PIERCE</u>

Megan Pierce, as an attorney of Loevy & Loevy, hereby moves this Court for leave to withdraw as counsel for Plaintiffs. In support, the undersigned counsel states as follows:

1.      Megan Pierce requests to withdraw from this case as an attorney for Plaintiffs.

2.      Scott Drury continues to represent Plaintiffs.

Dated: October 4, 2022

Respectfully submitted,

By:      /s/      Megan Pierce

Megan Pierce
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900