# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

                        Plaintiff,

v.                                     Case No.: 1:21−cv−00135

                                     Honorable Sharon Johnson Coleman

Clearview AI, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 14, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Video status hearing held on 10/14/2022. The Court heard brief oral arguments as to the Lovey & Lovey attorneys' motions to withdraw [462,463,464,465,466,467]. The motions are entered and continued. The Lovey & Lovey firm is to file a motion to intervene by 10/21/2022. Attorney Scott Drury is to file a response by 11/1/2022. An in−person presentment hearing is set for 11/8/2022 at 1:00 PM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.