IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re: Clearview AI, Inc. Consumer
Privacy Litigation

Civil Action File No.: 1:21-cv-00135

Judge Sharon Johnson Coleman

Magistrate Judge Maria Valdez

## **DECLARATION OF ANDY THAYER**

I, Andy Thayer, under penalties of perjury as provided by law, depose and state as follows:

1. I graduated from Northwestern University with a Bachelors of Arts degree in History with a concentration in African Studies in June 1985.

2. Before and since graduating from Northwestern, I have worked in a variety of positions as an administrative assistant, office manager and controller for a cumulative period of 40 years.

3. I have been working at Loevy & Loevy for over 19 years.

4. I have prepared the billing records in the Clearview AI, Inc. Consumer Privacy Litigation

5. Not including pay and benefits to attorneys, paralegals and other staff, the expenses paid by Loevy & Loevy Attorneys at Law in this litigation currently total $32,390.46.

6. An additional $50,380.79 has been billed to the firm in the last few weeks.

7. Pursuant to 28 U.S.C. § 1746, under penalty of perjury of the laws of the United States of America, I declare the foregoing is true and correct.

_____
Andy Thayer