# SCOTT R. DRURY
6 CARRIAGE LANE
HIGHWOOD, ILLINOIS 60040

September 23, 2022

VIA EMAIL
Jon Loevy (jon@loevy.com)
Mike Kanovitz (mike@loevy.com)
Maria Minor (minor@loevy.com)
Elgron, Inc., d/b/a Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607

  Re: Notice of Resignation – Effective Immediately

Dear Mr. Loevy, Mr. Kanovitz and Ms. Minor:

  I write to inform you that I am resigning my position at Loevy & Loevy, effective immediately. Please let me know when I can pick up my personal belongings. Further, please let me know when I will be provided with paperwork regarding my 401(k), health insurance and any other matters. You can reach me at (847) 400-6782 or scott_drury@comcast.net.

          Very truly yours,

          _____
          SCOTT R. DRURY