From: **Jon Loevy** <jon@loevy.com>
Date: Sat, Sep 24, 2022 at 2:58 PM
Subject: Re: Notice of Resignation - Effective Immediately
To: <scott_drury@comcast.net>
Cc: <mike@loevy.com>, Chris Griesmeyer <cgriesmeyer@grglegal.com>

Scott,
You did not respond to our email.
Copying your lawyer too.
Are you amenable to reaching out to the clients together as previously proposed?
We would like to do that tomorrow or on Monday, but if that is going to be religious observance for you, Tuesday works for us too.
Also please send us all communications on all of the cases you litigated, both with clients and with opposing counsel, as well as your contemporaneous time records. We want to be sure that we have the complete files.
Thanks.
jon

On Fri, Sep 23, 2022 at 5:03 PM Jon Loevy <jon@loevy.com> wrote:
> Thanks Scott.
> We request that we mutually reach out to your former clients in written form or conference call (with us and you) to inform them of your departure and their options.
> Please advise if that is acceptable.
>
>
> On Fri, Sep 23, 2022 at 4:00 PM <scott_drury@comcast.net> wrote:
>> Mr. Loevy, Mr. Kanovitz and Ms. Minor:
>>
>> Please see the attached correspondence.
>>
>> Very truly yours,
>> Scott R. Drury