# DRURY LEGAL

Drury Legal, LLC
6 Carriage Lane
Highwood, Illinois 60040

scott@drurylegal.com / 312.358.8225

September 26, 2022

VIA EMAIL
Jon Loevy (jon@loevy.com)
Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607

Dear Mr. Loevy:

    I write to inform you that, as of the writing of this letter, the following individuals have requested that Drury Legal, LLC represent them in the matters in which I have previously provided them with legal assistance: Aaron Hurvitz, David Mutnick, Mark Smithivas, Steven Vance and Andrea Vestrand (collectively, the "Clients"). The matters at issue are:

- *In re: Clearview AI, Inc., Consumer Privacy Litigation*, No. 1:21-cv-135 (N.D. Ill.) and related underlying matters;
- *Vance v. Microsoft Corp.*, No. 2:20-cv-1082-JLR (W.D. Wash.);
- *Vance v. Amazon.com, Inc.*, No. 2:20-cv-1084-JLR (W.D. Wash.);
- *Vance v. Int'l Business Machines Corp.*, No. 1:20-cv-577 (N.D. Ill.);
- *Vance v. FaceFirst, Inc.*, No. 2:20-cv-6244-DMG-KS (C.D. Cal.);
- *Vance v. Google LLC*, No. 5:20-cv-4696-BLF (N.D. Cal.);
- *Mark S. v. College Board*, No. 1:19-cv-8068 (N.D. Ill.); and
- *In re: TikTok, Inc., Consumer Privacy Litigation*, 1:21-cv-4699 (N.D. Ill.) / *T.K. v. ByteDance Technology Corp., Inc.*, No. 1:19-cv-7915 (N.D. Ill.)

    To ensure that the Clients' cases can move forward without disruption, it is important that Loevy & Loevy promptly turn over all records, files and property related to the above-described cases, including all correspondence and emails with defense counsel, co-counsel, the Clients and experts. The most expedient way to affect the transfer is for Loevy & Loevy to grant me access to my Loevy & Loevy email account and the network folder for each case. I will retain all records, files and property currently in my possession, custody or control. Please let me know who my point of contact will be with respect to the prompt and orderly transfer of the materials.

    Additionally, as Loevy & Loevy's representation of the above-named individuals has now been terminated, please immediately withdraw the appearances of all Loevy & Loevy attorneys who have previously appeared on any of the above-referenced matters.

    Thank you in advance for your cooperation.

Very truly yours,

*[signature]*

SCOTT R. DRURY