

Drury Legal, LLC
6 Carriage Lane
Highwood, Illinois 60040

scott@drurylegal.com / 312.358.8225

September 27, 2022

VIA EMAIL
Jon Loevy (jon@loevy.com)
Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607

Dear Mr. Loevy:

As a follow up to my September 26, 2022 letter regarding Drury Legal, LLC's representation of Aaron Hurvitz, David Mutnick, Mark Smithivas, Steven Vance and Andrea Vestrand (collectively, the "Clients"), I attach an executed Representation Directive from each of the Clients. As set forth in my September 26, 2022 letter, to ensure that there is no disruption in the representation of the Clients, please promptly turn over all records, files and property related to the case(s) of each Client. At present, I have not received any follow up to yesterday's letter.

Thank you in advance for your cooperation.

Very truly yours,

SCOTT R. DRURY

Attachments

## REPRESENTATION DIRECTIVE

Please, at you earliest opportunity:

(1) Check the appropriate statement reflecting your wishes regarding your representation.
(2) Retain a copy of your directive for your records.
(3) Return an executed copy to me at scott@drurylegal.com. *To best protect your interests and promote continuity of representation, please respond as soon as you can.*

[X] I wish to continue being represented by Scott R. Drury in all legal matters of mine in which Mr. Drury has previously provided legal assistance. I direct Scott R. Drury and Drury Legal, LLC to take the necessary actions to obtain all records, files and property in the possession of Loevy & Loevy related to my matters as quickly as possible.

[ ] I wish to continue being represented by Loevy & Loevy. Please have a firm representative contact me to discuss continuity of representation.

[ ] I wish to now be represented by _____

Name and Address of other lawyer: _____

_____

_____


Aaron A. Hurvitz
PRINTED NAME

*Aaron Hurvitz*
SIGNATURE

9/23/22
DATE

## REPRESENTATION DIRECTIVE

Please, at you earliest opportunity:

(1)  Check the appropriate statement reflecting your wishes regarding your representation.
(2)  Retain a copy of your directive for your records.
(3)  Return an executed copy to me at scott@drurylegal.com. *To best protect your interests and promote continuity of representation, please respond as soon as you can.*

[X]  I wish to continue being represented by Scott R. Drury in all legal matters of mine in which Mr. Drury has previously provided legal assistance. I direct Scott R. Drury and Drury Legal, LLC to take the necessary actions to obtain all records, files and property in the possession of Loevy & Loevy related to my matters as quickly as possible.

[ ]  I wish to continue being represented by Loevy & Loevy. Please have a firm representative contact me to discuss continuity of representation.

[ ]  I wish to now be represented by _____

Name and Address of other lawyer: _____

David Mutnick
_____
PRINTED NAME

*/s/ [signature]*
_____
SIGNATURE

9/24/2022
_____
DATE

## REPRESENTATION DIRECTIVE

Please, at you earliest opportunity:

(1) Check the appropriate statement reflecting your wishes regarding your representation.
(2) Retain a copy of your directive for your records.
(3) Return an executed copy to me at scott@drurylegal.com. *To best protect your interests and promote continuity of representation, please respond as soon as you can.*

[X] I wish to continue being represented by Scott R. Drury in all legal matters of mine in which Mr. Drury has previously provided legal assistance. I direct Scott R. Drury and Drury Legal, LLC to take the necessary actions to obtain all records, files and property in the possession of Loevy & Loevy related to my matters as quickly as possible.

[ ] I wish to continue being represented by Loevy & Loevy. Please have a firm representative contact me to discuss continuity of representation.

[ ] I wish to now be represented by _____

Name and Address of other Lawyer: _____

_____

_____

Mark Smithivas
PRINTED NAME

*[signature]*
SIGNATURE

09/26/22
DATE

## REPRESENTATION DIRECTIVE

Please, at you earliest opportunity:

(1) Check the appropriate statement reflecting your wishes regarding your representation.
(2) Retain a copy of your directive for your records.
(3) Return an executed copy to me at scott@drurylegal.com. *To best protect your interests and promote continuity of representation, please respond as soon as you can.*

[x] I wish to continue being represented by Scott R. Drury in all legal matters of mine in which Mr. Drury has previously provided legal assistance. I direct Scott R. Drury and Drury Legal, LLC to take the necessary actions to obtain all records, files and property in the possession of Loevy & Loevy related to my matters as quickly as possible.

[ ] I wish to continue being represented by Loevy & Loevy. Please have a firm representative contact me to discuss continuity of representation.

[ ] I wish to now be represented by _____

Name and Address of other lawyer: _____

_____

_____

Steven Vance
--------------------
PRINTED NAME

*/s/ McLan*
--------------------
SIGNATURE

September 25, 2022
--------------------
DATE

## REPRESENTATION DIRECTIVE

Please, at you earliest opportunity:

(1) Check the appropriate statement reflecting your wishes regarding your representation.
(2) Retain a copy of your directive for your records.
(3) Return an executed copy to me at scott@drurylegal.com. *To best protect your interests and promote continuity of representation, please respond as soon as you can.*

    [X]   I wish to continue being represented by Scott R. Drury in all legal matters of mine in which Mr. Drury has previously provided legal assistance. I direct Scott R. Drury and Drury Legal, LLC to take the necessary actions to obtain all records, files and property in the possession of Loevy & Loevy related to my matters as quickly as possible.

    [ ]   I wish to continue being represented by Loevy & Loevy. Please have a firm representative contact me to discuss continuity of representation.

    [ ]   I wish to now be represented by _____

    Name and Address of other lawyer: _____

Andrea Vestrand
PRINTED NAME

*[signature]*
SIGNATURE

9-23-2022
DATE

10/21/22, 3:27 PM
Case: 1:21-cv-00135 Document #: 484-8 Filed: 10/22/22 Page 7 of 7 PageID #:9867
Inbox - jon@loevy.com - Loevy & Loevy Mail

---------- Forwarded message ---------
From: **Jon Loevy** <jon@loevy.com>
Date: Wed, Sep 28, 2022 at 3:46 PM
Subject: Re: Transfer of Client Materials
To: <scott@drurylegal.com>, Michael Kanovitz <mike@loevy.com>

Scott,
We are making copies of the materials you have requested, and will provide them this week when they are ready.
As for your other request, we are weighing our decision on how to proceed, including motion practice in lieu of withdrawing in light of this flawed "representation directive," which suggests the clients were not properly advised about all of their options.
We will advise and/or take action soon.
jon

On Tue, Sep 27, 2022 at 1:13 PM <scott@drurylegal.com> wrote:
> Dear Mr. Loevy:
>
> Please see the attached.
>
> Very truly yours,
> Scott R. Drury
>
> **From:** scott@drurylegal.com <scott@drurylegal.com>
> **Sent:** Monday, September 26, 2022 12:00 PM
> **To:** 'Jon Loevy' <jon@loevy.com>
> **Subject:** Transfer of Client Materials
>
> Dear Mr. Loevy:
>
> Please see the attached correspondence.
>
> Very truly yours,
> Scott R. Drury