

Jon Loevy <jon@loevy.com>

## Fwd: Invoice
1 message

**Andy Thayer** <andy@loevy.com>  Fri, Sep 23, 2022 at 12:26 PM
To: Jon Loevy <jon@loevy.com>

Jon,

Scott D has approved payment of this $2019.17 Allison P Harris expert invoice in the Clearview case.

Do you concur in paying?

Thanks.

AT

---------- Forwarded message ---------
From: **Andy Thayer** <andy@loevy.com>
Date: Fri, Sep 23, 2022 at 12:25 PM
Subject: Re: Invoice
To: Scott Drury <drury@loevy.com>


Thanks!

On Fri, Sep 23, 2022 at 12:23 PM Scott Drury <drury@loevy.com> wrote:

> Sorry – this is for work in Clearview.
>
> --Scott
>
> ---
>
> **From:** Andy Thayer <andy@loevy.com>
> **Sent:** Friday, September 23, 2022 12:22 PM
> **To:** Scott Drury <drury@loevy.com>
> **Subject:** Re: Invoice
>
> Hi Scott,
>
> Thanks for this. It's not clear from the invoice what case it's for -- what is it please?
>
> Thanks!
>
> Andy
>
> On Fri, Sep 23, 2022 at 12:14 PM Scott Drury <drury@loevy.com> wrote:

Andy – this is ok to pay.

--Scott

Scott R. Drury

LOEVY & LOEVY

311 N. Aberdeen, 3rd Floor

Chicago, Illinois 60607

312.243.5900

drury@loevy.com

--
Andy Thayer
Office Manager

Loevy & Loevy Attorneys at Law

311 N Aberdeen St, 3rd fl

Chicago, IL 60607

not particular about pronouns

312.243.5900, tel
312.243.5902, fax
www.Loevy.com

--
Andy Thayer
Office Manager
Loevy & Loevy Attorneys at Law
311 N Aberdeen St, 3rd fl
Chicago, IL 60607
not particular about pronouns
312.243.5900, tel
312.243.5902, fax
www.Loevy.com

--
Andy Thayer
Office Manager
Loevy & Loevy Attorneys at Law
311 N Aberdeen St, 3rd fl
Chicago, IL 60607
not particular about pronouns
312.243.5900, tel
312.243.5902, fax