From: **Joshua Arisohn** <jarisohn@bursor.com>
Date: Wednesday, October 19, 2022
Subject: Clearview
To: Michael Kanovitz <mike@loevy.com>

Mike,

Thanks for speaking with me yesterday. As we discussed, I'm hoping that we can resolve the issues raised at the last status hearing amicably and find a way to work together. To that end, I proposed that Loevy & Loevy, Bursor & Fisher, Hedin Hall, and Drury Legal file a joint motion to serve as interim co-lead counsel in the Clearview matter. It's my understanding from our call that Loevy & Loevy is not currently interested in proceeding in that manner. Please let me know if I'm mistaken. Thanks.

--
Joshua D. Arisohn
Bursor & Fisher, P.A.
888 Seventh Ave.
New York, NY 10019
646-837-7103 (tel)
212-989-9163 (fax)
jarisohn@bursor.com
www.bursor.com