# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: Clearview AI, Inc. Consumer Privacy Litigation | Civil Action File No.: 1:21-cv-00135<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Maria Valdez |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on November 8, 2022 at 1:00 p.m., or as soon thereafter as counsel may be heard, Scott R. Drury shall appear before the Honorable Sharon Johnson Coleman, or any judge sitting in her stead, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1241, at 219 South Dearborn Street, Chicago, Illinois, and present Scott R. Drury' Motion for Leave to File Brief in Excess of 15 Page, a copy of which is hereby served upon you.

Dated: October 28, 2022

Respectfully submitted,

By: /s/ Scott R. Drury
    SCOTT R. DRURY

Scott R. Drury
DRURY LEGAL, LLC
6 Carriage Lane
Highwood, Illinois 60040
(312) 358-8225
scott@drurylegal.com

**CERTIFICATE OF SERVICE**

  I, Scott R. Drury, an attorney, hereby certify that, on October 28, 2022, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

              /s/ Scott R. Drury
              SCOTT R. DRURY