# EXHIBIT 12

| | |
|---|---|
| **From:** | Wolosky, Lee |
| **To:** | Scott Drury |
| **Subject:** | Re: In re Clearview |
| **Date:** | Wednesday, June 29, 2022 8:46:42 AM |

I don't have a specific agenda although I suspect invariably we will discuss Clearview. I am not really involved in the day to day but do keep abreast. We had discussed meeting long ago given a variety of common interests; that never happened, but I have not forgotten, and I have been meaning to ping you when in Chicago. All that said, if you think it is best not to meet now, I won't be offended.

**From:** Scott Drury <drury@loevy.com>
**Date:** Wednesday, June 29, 2022 at 9:42 AM
**To:** "Wolosky, Lee" <LWolosky@Jenner.com>
**Subject:** RE: In re Clearview

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

We can figure out a location as the date approaches. Is there something specific that you want to discuss?

--Scott

**From:** Wolosky, Lee <LWolosky@Jenner.com>
**Sent:** Wednesday, June 29, 2022 8:37 AM
**To:** Scott Drury <drury@loevy.com>
**Subject:** Re: In re Clearview

Great – let's plan on it. Happy to host at Jenner's offices or we can meet somewhere else. Look forward.

**From:** Scott Drury <drury@loevy.com>
**Date:** Wednesday, June 29, 2022 at 12:59 AM
**To:** "Wolosky, Lee" <LWolosky@Jenner.com>
**Subject:** RE: In re Clearview

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe



I think that could work.

--Scott

**From:** Wolosky, Lee <LWolosky@Jenner.com>
**Sent:** Tuesday, June 28, 2022 12:57 PM

**To:** Scott Drury <drury@loevy.com>
**Subject:** Re: In re Clearview

How is Wednesday the 13th?

> On Jun 27, 2022, at 8:00 PM, Scott Drury <drury@loevy.com> wrote:
>
> **External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**
>
> Wednesday is not good for me. What dates do you have after July 7?
>
> ---
>
> **From:** Wolosky, Lee <LWolosky@Jenner.com>
> **Sent:** Friday, June 24, 2022 10:07 AM
> **To:** Scott Drury <drury@loevy.com>
> **Subject:** Re: In re Clearview
>
> Any chance you are free next Weds?
>
> ---
>
> **From:** Scott Drury <drury@loevy.com>
> **Date:** Friday, June 24, 2022 at 7:21 AM
> **To:** "Wolosky, Lee" <LWolosky@Jenner.com>
> **Subject:** RE: In re Clearview
>
> **External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**
>
> Lee – a meeting sounds good. Let me know the dates that you plan to be in Chicago.
>
> --Scott
>
> ---
>
> **From:** Wolosky, Lee <LWolosky@Jenner.com>
> **Sent:** Thursday, June 23, 2022 2:26 PM
> **To:** Scott Drury <drury@loevy.com>
> **Subject:** Re: In re Clearview
>
> Hey Scott –
>
> Long time no speak. I will be out in Chicago a couple of times in July and wanted to know if you would like to get together. A long time ago, we discussed getting a beer…
>
> Lee
>
> ---
>
> **Lee Wolosky**

**Jenner & Block LLP**

1155 Avenue of the Americas

New York, NY 10036-2711  |  jenner.com

+1 212 891 1628  |  TEL

**Jenner & Block LLP**

1099 New York Avenue, N.W.

Suite 900, Washington, DC 20001-4412  |  jenner.com

+1 202 637 6336  |  TEL

+1 301 728 6981  |  MOBILE

LWolosky@Jenner.com

Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Scott Drury <drury@loevy.com>
**Date:** Thursday, June 23, 2022 at 9:56 AM
**To:** "Jacobs-Perry, Precious S." <PJacobs-Perry@Jenner.com>, "Suskin, Howard S." <HSuskin@jenner.com>, "Wolosky, Lee" <LWolosky@Jenner.com>, "Lichtman, Andrew J." <ALichtman@jenner.com>, "Fedornak, Melissa" <MFedornak@jenner.com>, "Kothari, Monika N." <MKothari@jenner.com>, Joel Kurtzberg <jkurtzberg@cahill.com>, Floyd Abrams <FAbrams@Cahill.com>
**Cc:** Josh Arisohn <jarisohn@bursor.com>, "aravindran@hedinhall.com" <aravindran@hedinhall.com>, Frank Hedin <fhedin@hedinhall.com>
**Subject:** In re Clearview

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Counsel:
??
Please see the attached correspondence.
??
--Scott

??

_____
Scott R. Drury
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900
drury@loevy.com
??