# EXHIBIT 17

| | |
|---|---|
| **From:** | usdc_ecf_ilnd@ilnd.uscourts.gov |
| **To:** | ecfmail_ilnd@ilnd.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-00135 In Re: Clearview AI, Inc., Consumer Privacy Litigation other |
| **Date:** | Tuesday, February 23, 2021 10:42:35 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3

## Notice of Electronic Filing

The following transaction was entered by Drury, Scott on 2/23/2021 at 10:42 PM CST and filed on 2/23/2021

**Case Name:**     In Re: Clearview AI, Inc., Consumer Privacy Litigation
**Case Number:**   1:21-cv-00135
**Filer:**         David Mutnick
**Document Number:** 10

**Docket Text:**
**Application of Scott R. Drury for Appointment as Lead Counsel Pursuant to Fed. R. Civ. P. 23(g) by David Mutnick (Attachments: # (1) Exhibit 1 (Declaration of Scott R. Drury), # (2) Exhibit 2 (Loevy & Loevy Firm Resume))(Drury, Scott)**

**1:21-cv-00135 Notice has been electronically mailed to:**

Aaron M. Olsen     aarono@haelaw.com

Adam J. Levitt     alevitt@dicellolevitt.com, 5525369420@filings.docketbird.com, agreen@dicellolevitt.com, aotto@dicellolevitt.com

Alreen Haeggquist     alreen@haeggquistlaw.com

Amber L. Eck     ambere@haelaw.com

Amy Elisabeth Keller     akeller@dicellolevitt.com, 3336248420@filings.docketbird.com, agreen@dicellolevitt.com, aotto@dicellolevitt.com

Andrew Joshua Lichtman     alichtman@jenner.com

Arthur R. Loevy     arthur@loevy.com, docket@loevy.com

Carey Alexander     calexander@scott-scott.com, efile@scott-scott.com, kjager@scott-scott.com, scott-scott@ecf.courtdrive.com

Celetha Chatman     cchatman@communitylawyersgroup.com, celetha--chatman--wood-finko-thompson-pc-0120@ecf.pacerpro.com

David P. Saunders     dsaunders@jenner.com, 3986069420@filings.docketbird.com, david-saunders-9209@ecf.pacerpro.com, docketing@jenner.com, srosen@jenner.com, SRosen@jenner.com

Elizabeth C. Wang     elizabethw@loevy.com, melinda@loevy.com

Eric H. Gibbs     ehg@classlawgroup.com, 1031352420@filings.docketbird.com, amm@classlawgroup.com, ccc@classlawgroup.com, ds@classlawgroup.com, sal@classlawgroup.com

Erin Green Comite     ecomite@scott-scott.com, efile@scott-scott.com

Floyd Abrams     FAbrams@cahill.com

Gary F. Lynch     glynch@carlsonlynch.com, dhart@carlsonlynch.com, ecf@carlsonlynch.com, emcfarland@carlsonlynch.com, jetzel@carlsonlynch.com

Greg G Gutzler     ggutzler@dicellolevitt.com

Howard Steven Suskin     hsuskin@jenner.com, 2233367420@filings.docketbird.com, docketing@jenner.com, howard-suskin-4713@ecf.pacerpro.com, mfedornak@jenner.com

Ian Pike     ianp@haelaw.com

James J Pizzirusso     jpizzirusso@hausfeldllp.com, erobinson@hausfeldllp.com, kstubbs@hausfeldllp.com

Jan Amber Larson     janlarson@jenner.com

Joel Laurence Kurtzberg     JKurtzberg@cahill.com, MMcLoughlin@cahill.com, NMarcantonio@cahill.com

Jonathan I. Loevy     jon@loevy.com, docket@loevy.com, melinda@loevy.com

Joseph Peter Guglielmo     jguglielmo@scott-scott.com

Joshua David Arisohn     jarisohn@bursor.com

Karen Anne Newirth     karen@loevy.com

Kate Spelman     kspelman@jenner.com

Katrina Carroll     kcarroll@carlsonlynch.com

Kyle Alan Shamberg     kshamberg@carlsonlynch.com, ecf@carlsonlynch.com

Lee Scott Wolosky     LWolosky@Jenner.com

Lynda Grant     lgrant@grantfirm.com

Melissa R. Emert     memert@kgglaw.com

Michael I Kanovitz     mike@loevy.com, melinda@loevy.com

Michael Jacob Wood     mwood@communitylawyersgroup.com, ecf-cef5434ca257@ecf.pacerpro.com

Michael W. Ross     mross@jenner.com, docketing@jenner.com

Michael William Drew     mwd@neighborhood-legal.com

Nicholas Rudolph Lange     NLange@carlsonlynch.com,

Scott Drury     drury@loevy.com

Scott Allan Martin     smartin@hausfeld.com

Scott Robert Drury     drury@loevy.com, ethan@loevy.com

Steven M. Nathan     snathan@hausfeld.com

Steven T. Webster     swebster@websterbook.com

Tor Bernhard Ekeland     tor@torekeland.com

**1:21-cv-00135 Notice has been delivered by other means to:**

David Berger
Attorney
1622 Locust Street
Philadelphia, PA 19103

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=2/23/2021] [FileNumber=23139071-0] [a37fa2621f0ed8f685a68e095dc5c8488666376b822b00f6bbe497df1001b3fc9c e4eb2a2670de26601d01be9685d48a0ce7d8b9e50d1aef3f25e229aef06a31]]
**Document description:**Exhibit 1 (Declaration of Scott R. Drury)
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=2/23/2021] [FileNumber=23139071-1] [89ac2d6d30d3495230a990521eb8dcd4767c856904460c01663195aecf81caff33aa2c568945e39910d8a1a5f7e53c3c46497cdf45311f1a2abbdfd51f6185db]]
**Document description:** Exhibit 2 (Loevy & Loevy Firm Resume)
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=2/23/2021] [FileNumber=23139071-2] [86fde37ce64175ae9c856fb14d585d6f617658ef96ebe80fbe4209b4ab636b2a4a97b4f34072592d0b3c4fd47cda79362ea14a33a13e4bcd42ec1a3028071378]]