# EXHIBIT 18



Scott Drury <drury@loevy.com>

## Re: confidential
1 message

**Andy Thayer** <andy@loevy.com>  
To: Scott Drury <drury@loevy.com>  
Cc: Jon Loevy <jon@loevy.com>

Tue, May 26, 2020 at 2:22 PM

Yeah, ADP would have dinged us for a processing fee because I wasn't doing it as part of a regular payroll, so I circumvented them ;)

Andy

On Tue, May 26, 2020 at 2:19 PM Scott Drury <drury@loevy.com> wrote:

> Thx! Last time it came by direct deposit – that's why I inquired.
>
>
> --Scott
>
>
>
> **From:** Andy Thayer <andy@loevy.com>  
> **Sent:** Tuesday, May 26, 2020 2:04 PM  
> **To:** Jon Loevy <jon@loevy.com>  
> **Cc:** Scott Drury <drury@loevy.com>  
> **Subject:** Re: confidential
>
>
> Yes, the net check (after taxes) was mailed on Friday, Scott. I imagine you'll get it today or tomorrow.
>
>
> On Tue, May 26, 2020 at 1:10 PM Jon Loevy <jon@loevy.com> wrote:
>
>> Hi Andy,
>>
>> did this go through?
>>
>> Scott is copied here.
>>
>> jon
>>
>> ---------- Forwarded message ---------  
>> From: **Andy Thayer** <andy@loevy.com>  
>> Date: Tue, May 19, 2020 at 1:05 PM  
>> Subject: Re: confidential  
>> To: Jon Loevy <jon@loevy.com>  
>> Cc: mike@loevy.com <mike@loevy.com>
>>
>>
>> Okay, will do.

> On Tue, May 19, 2020 at 12:21 PM Jon Loevy <jon@loevy.com> wrote:
>
>> please cut Scott Drury a compensation check for $50k, less taxes of course.
>>
>> we owe it to him around the end of May.
>>
>> thanks.

--

Andy Thayer
Office Manager
Loevy & Loevy Attorneys at Law
312.243.5900, tel
312.243.5902, fax
www.Loevy.com

--

Andy Thayer
Office Manager
Loevy & Loevy Attorneys at Law
312.243.5900, tel
312.243.5902, fax
www.Loevy.com

--

Andy Thayer
Office Manager
Loevy & Loevy Attorneys at Law
312.243.5900, tel
312.243.5902, fax
www.Loevy.com