# EXHIBIT 19

**Scott Drury**

**From:** Jon Loevy <jon@loevy.com> on behalf of Jon Loevy
**Sent:** Wednesday, May 12, 2021 9:46 AM
**To:** Scott Drury
**Subject:** Re: ▇ - Settling up

ok
thx

On Wed, May 12, 2021 at 8:27 AM Scott Drury <drury@loevy.com> wrote:

Jon:

Thank you for your response. My preference is to use the stock market or, to avoid issues related to the funding date, to call it an even $225,000.

--Scott

**From:** Jon Loevy <jon@loevy.com>
**Sent:** Monday, May 10, 2021 11:33 PM
**To:** Scott Drury <drury@loevy.com>
**Subject:** Re: ▇ - Settling up

Scott,

I dont disagree with you.

This is undoubtedly frustrating.

The only thing I do disagree with is your fear that you will not be paid. You and I are living in different universes if you have a genuine fear that we are going back on this. We are not.

Running this business is tricky. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The ▇ money arrives tomorrow. I delayed returning your email until I had that confirmation. The ▇ money gives us the cushion we needed. So you will be paid as soon as it clears.

I realize we told you that before, and I am sorry for that. I wish you did not read into it that this must mean we are considering not paying you. We are not. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

1

Your points about having not had access to your own money is fair and makes sense. I dont like the arg that the stock market is up (if it went down, you would not be thanking me for saving you money).

However, at this point, your loss of time value of money is real, and should be rectified. Under the circumstances, I am ok with interest going back to when the money was first due, if that works for you. If you would prefer to use the stock market, I can live with that too. You have been very patient. Your patience has been appreciated and, as i said, your points are all valid.

thanks

jon

On Mon, May 10, 2021 at 10:46 PM Scott Drury <drury@loevy.com> wrote:

Jon:

I am writing to express my frustration and disappointment with the fact that I still have not received the $200,000 that constitutes a portion of my 2020 compensation. I am emailing because I did not receive a response to my request for a phone call, and your voicemail box does not seem to be working. I have now been waiting for payment for over five months. In the past, you stated once the "███ money" came in, I would be paid. You have also stated that I should not be concerned about payment because the "money is yours." However, the ███ money "came in" in early April, and I have not received payment. Indeed, upon my May 2, 2021 inquiry, you stated that I would be paid last week. However, that did not happen. Further, the money is not mine, as I am unable to use it in any way. For instance, the stock market is up about 12% in 2021. If the money was mine, I would have been able to earn $24,000 merely by passively investing it. Your email below thanks me for my "patience." However, the reality is that I have no choice in the matter and am fearful of the negative consequences to me of having to repeatedly ask for compensation I have been promised. I hope that you will immediately rectify the situation.

--Scott

**From:** Scott Drury <drury@loevy.com>
**Sent:** Saturday, May 8, 2021 12:30 PM
**To:** 'Jon Loevy' <jon@loevy.com>
**Subject:** RE: ███ - Settling up

Please call me. Thanks.

2