# **EXHIBIT 20**

**From:** Jon Loevy
**To:** Scott Drury; Chris Griesmeyer
**Cc:** Michael Kanovitz
**Subject:**
**Date:** Thursday, August 25, 2022 8:20:31 AM

Scott:

We will pay you a discretionary bonus in the amount of $400,000 if you promise not to take the money and walk out the door, taking any of the privacy cases or clients with you. That's the deal we're offering. We are unwilling to fund your ability to steal the cases from us, or pay you to work up cases that we would not fairly benefit from.

Are you willing to make that promise?

If you are, we can make an agreement that reflects it. You can have the bonus as soon as you agree in writing that if you leave before the cases resolve, and if the clients hire you (or another firm with which you affiliate), you agree to surrender any fees you (or your subsequent firm) may earn on the privacy cases back to Loevy & Loevy - less an offset for the salary that you would have earned had you stayed.

The discretionary bonus our firm pays its lawyers accounts for the fact that they get no equity in the cases. You are demanding a re-negotiation that would entitle you to both a substantial bonus and equity in the cases. We've already made you a concrete and very fair proposal on an equity split, and it remains on the table. We hope you will decide to accept it, or mediate.

Thanks.
jon