# EXHIBIT 21



Drury Legal, LLC
6 Carriage Lane
Highwood, Illinois 60040

scott@drurylegal.com / 312.358.8225

September 23, 2022

VIA EMAIL
Aaron Hurvitz
█████████████████

Dear Aaron:

Effective September 23, 2022, I left Loevy & Loevy to start Drury Legal, LLC, a boutique litigation practice dedicated to the issues I have championed in different capacities for many years. My decision should not be construed as adversely reflecting on my former firm.

As you know, the work I have performed for you has been very important to me. I would like to continue that work and provide you with continuity of your representation. Your matter is complex from a legal and technical standpoint. Due to my work on the matter since its inception, I am intimately familiar with all of the issues it presents and the overall strategy to litigate it to completion. I hope you will continue to put your trust in me.

I want to be sure that there is no disadvantage to you, as the client, from my decision to move. Ultimately, the decision as to how the matter I have worked on for you is handled, and who handles it in the future, is completely yours. Whatever you decide will be determinative. The following page contains a form where you can let me know how you wish to proceed. Recognizing that you may have questions regarding my move, please let me know if you would like to set up a time to talk. I am available at your convenience.

Very truly yours,

SCOTT R. DRURY

## **REPRESENTATION DIRECTIVE**

Please, at you earliest opportunity:

(1) Check the appropriate statement reflecting your wishes regarding your representation.
(2) Retain a copy of your directive for your records.
(3) Return an executed copy to me at scott@drurylegal.com. *To best protect your interests and promote continuity of representation, please respond as soon as you can.*

[ ]    I wish to continue being represented by Scott R. Drury in all legal matters of mine in which Mr. Drury has previously provided legal assistance. I direct Scott R. Drury and Drury Legal, LLC to take the necessary actions to obtain all records, files and property in the possession of Loevy & Loevy related to my matters as quickly as possible.

[ ]    I wish to continue being represented by Loevy & Loevy. Please have a firm representative contact me to discuss continuity of representation.

[ ]    I wish to now be represented by _____

Name and Address of other lawyer:   _____

_____

_____

_____
PRINTED NAME

_____
SIGNATURE

_____
DATE



Drury Legal, LLC
6 Carriage Lane
Highwood, Illinois 60040

scott@drurylegal.com / 312.358.8225

September 23, 2022

VIA EMAIL
David Mutnick

Dear David:

Effective September 23, 2022, I left Loevy & Loevy to start Drury Legal, LLC, a boutique litigation practice dedicated to the issues I have championed in different capacities for many years. My decision should not be construed as adversely reflecting on my former firm.

As you know, the work I have performed for you has been very important to me. I would like to continue that work and provide you with continuity of your representation. Your matter is complex from a legal and technical standpoint. Due to my work on the matter since its inception, I am intimately familiar with all of the issues it presents and the overall strategy to litigate it to completion. I hope you will continue to put your trust in me.

I want to be sure that there is no disadvantage to you, as the client, from my decision to move. Ultimately, the decision as to how the matter I have worked on for you is handled, and who handles it in the future, is completely yours. Whatever you decide will be determinative. The following page contains a form where you can let me know how you wish to proceed. Recognizing that you may have questions regarding my move, please let me know if you would like to set up a time to talk. I am available at your convenience.

Very truly yours,

SCOTT R. DRURY

## **REPRESENTATION DIRECTIVE**

Please, at you earliest opportunity:

(1) Check the appropriate statement reflecting your wishes regarding your representation.
(2) Retain a copy of your directive for your records.
(3) Return an executed copy to me at scott@drurylegal.com. *To best protect your interests and promote continuity of representation, please respond as soon as you can.*

[ ]     I wish to continue being represented by Scott R. Drury in all legal matters of mine in which Mr. Drury has previously provided legal assistance. I direct Scott R. Drury and Drury Legal, LLC to take the necessary actions to obtain all records, files and property in the possession of Loevy & Loevy related to my matters as quickly as possible.

[ ]     I wish to continue being represented by Loevy & Loevy. Please have a firm representative contact me to discuss continuity of representation.

[ ]     I wish to now be represented by _____

Name and Address of other lawyer: _____

_____

_____

_____
PRINTED NAME

_____
SIGNATURE

_____
DATE



Drury Legal, LLC
6 Carriage Lane
Highwood, Illinois 60040

scott@drurylegal.com / 312.358.8225

September 23, 2022

VIA EMAIL
Steven Vance
████████████

Dear Steven:

    Effective September 23, 2022, I left Loevy & Loevy to start Drury Legal, LLC, a boutique litigation practice dedicated to the issues I have championed in different capacities for many years. My decision should not be construed as adversely reflecting on my former firm.

    As you know, the work I have performed for you has been very important to me. I would like to continue that work and provide you with continuity of your representation. Your matters are complex from a legal and technical standpoint. Due to my work on the matters since their inception, I am intimately familiar with all of the issues they present and the overall strategy to litigate them to completion. I hope you will continue to put your trust in me.

    I want to be sure that there is no disadvantage to you, as the client, from my decision to move. Ultimately, the decision as to how the matters I have worked on for you are handled, and who handles them in the future, is completely yours. Whatever you decide will be determinative. The following page contains a form where you can let me know how you wish to proceed. Recognizing that you may have questions regarding my move, please let me know if you would like to set up a time to talk. I am available at your convenience.

Very truly yours,

SCOTT R. DRURY

## **REPRESENTATION DIRECTIVE**

Please, at you earliest opportunity:

(1) Check the appropriate statement reflecting your wishes regarding your representation.
(2) Retain a copy of your directive for your records.
(3) Return an executed copy to me at scott@drurylegal.com. *To best protect your interests and promote continuity of representation, please respond as soon as you can.*

[ ] I wish to continue being represented by Scott R. Drury in all legal matters of mine in which Mr. Drury has previously provided legal assistance. I direct Scott R. Drury and Drury Legal, LLC to take the necessary actions to obtain all records, files and property in the possession of Loevy & Loevy related to my matters as quickly as possible.

[ ] I wish to continue being represented by Loevy & Loevy. Please have a firm representative contact me to discuss continuity of representation.

[ ] I wish to now be represented by _____

Name and Address of other lawyer: _____

_____

_____

_____
PRINTED NAME

_____
SIGNATURE

_____
DATE



Drury Legal, LLC
6 Carriage Lane
Highwood, Illinois 60040

scott@drurylegal.com / 312.358.8225

September 23, 2022

VIA EMAIL
Andrea Vestrand
█████████

Dear Andrea:

Effective September 23, 2022, I left Loevy & Loevy to start Drury Legal, LLC, a boutique litigation practice dedicated to the issues I have championed in different capacities for many years. My decision should not be construed as adversely reflecting on my former firm.

As you know, the work I have performed for you has been very important to me. I would like to continue that work and provide you with continuity of your representation. Your matter is complex from a legal and technical standpoint. Due to my work on the matter since its inception, I am intimately familiar with all of the issues it presents and the overall strategy to litigate it to completion. I hope you will continue to put your trust in me.

I want to be sure that there is no disadvantage to you, as the client, from my decision to move. Ultimately, the decision as to how the matter I have worked on for you is handled, and who handles it in the future, is completely yours. Whatever you decide will be determinative. The following page contains a form where you can let me know how you wish to proceed. Recognizing that you may have questions regarding my move, please let me know if you would like to set up a time to talk. I am available at your convenience.

Very truly yours,

SCOTT R. DRURY

## **REPRESENTATION DIRECTIVE**

Please, at you earliest opportunity:

(1) Check the appropriate statement reflecting your wishes regarding your representation.
(2) Retain a copy of your directive for your records.
(3) Return an executed copy to me at scott@drurylegal.com. *To best protect your interests and promote continuity of representation, please respond as soon as you can.*

[ ] I wish to continue being represented by Scott R. Drury in all legal matters of mine in which Mr. Drury has previously provided legal assistance. I direct Scott R. Drury and Drury Legal, LLC to take the necessary actions to obtain all records, files and property in the possession of Loevy & Loevy related to my matters as quickly as possible.

[ ] I wish to continue being represented by Loevy & Loevy. Please have a firm representative contact me to discuss continuity of representation.

[ ] I wish to now be represented by _____

Name and Address of other lawyer: _____

_____

_____

_____
PRINTED NAME

_____
SIGNATURE

_____
DATE