UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

Plaintiff,

v.

Case No.: 1:21−cv−00135

Honorable Sharon Johnson Coleman

Clearview AI, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 29, 2022:

    MINUTE entry before the Honorable Sharon Johnson Coleman: The Court rules on Scott Drury's request for clarification contained in his limited objections [513] on plaintiffs' counsel's proposed orders as follows. In keeping with its prior order, the Court reiterates that Loevy & Loevy serves as interim class counsel, representing the interests of the putative class, including the named plaintiffs. An amendment of the Loevy attorney appearances is not necessary in light of the Court's order appointing Loevy as interim class counsel [504] and this minute entry confirming the scope of the appointment. The parties are directed to focus their efforts on moving this action forward through the completion of discovery, as supervised by Magistrate Judge Valdez. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.