# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

                Plaintiff,

v.

Clearview AI, Inc., et al.

                Defendant.

Case No.: 1:21−cv−00135

Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 2, 2023:

    MINUTE entry before the Honorable Maria Valdez: The parties' Joint Motion for a Stay of Discovery and Extension of Fact Discovery Deadline [545] is granted. In light of the parties' ongoing settlement efforts, the Court finds that they have established good cause for a brief stay and an extension of the existing discovery deadlines. Accordingly, the Court hereby stays all discovery in June 2023 and extends the deadline for the completion of fact discovery to 9/5/23. The parties are to file a joint status report no later than 7/14/23 detailing the status of their settlement negotiations. If the mediation efforts do not achieve a global resolution, the parties shall set forth proposed new deadlines for the completion of the discovery referenced in the motion and shall also advise as to the parties' joint schedule for the completion of all fact depositions on or before 9/5/23. The written status date of 6/7/23 is stricken. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.