IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re: Clearview AI, Inc. Consumer Privacy Litigation* | Civil Action File No.: 1:21-cv-00135<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Maria Valdez |

**JOINT STATUS REPORT
AND REQUEST TO SET STATUS HEARING ON SETTLEMENT**

Plaintiffs; Defendants Clearview AI, Inc. ("Clearview"), Hoan Ton-That, Richard Schwartz, Rocky Mountain Data Analytics LLC ("Rocky Mountain"), and Thomas Mulcaire (collectively, the "Clearview Defendants"); and Defendants Macy's, Inc., Macy's Retail holdings, Inc. (n/k/a Macy's Retail Holdings, LLC), and Macy's Corporate Services, Inc (n/k/a Macy's Corporate Services, LLC) (collectively, the "Macy's Defendants"), by and through their respective counsel, jointly submit the following Status Report:

Interim Lead Class Counsel and Counsel for the Clearview Defendants have previously reported that with the assistance of mediator Hon. Wayne Andersen (ret.), they have been working to finalize a term sheet laying out the terms for a resolution of this matter. Those conversations have now been completed and a Settlement Framework Agreement ("SFA") that will guide the drafting of the definitive documentation has been completed and signed by Interim Lead Class Counsel and by Counsel for the Clearview Defendants (hereinafter, the "Settlement Parties").

The Settlement Parties request that the Court suspend all discovery and any other deadline so that they can complete the extensive documentation required to complete the agreement contemplated by the SFA, which will, of course, require this Court's approval. The Settlement

Parties request that the Court set the matter for status in late September, 2023 on a date convenient to the Court, when the Settlement Parties expect to be able to present a schedule for preliminary approval, class notice, etc.

Dated: September 6, 2023                                    Respectfully submitted:


By: /s/ Jon Loevy
      JON LOEVY

      *Plaintiffs' interim lead class counsel*


By: /s/ Daniel R. Saeedi
      DANIEL R. SAEEDI

      *Counsel for the Macy's Defendants*


By: /s/ James Thompson
      JAMES THOMPSON

      *Counsel for the Clearview Defendants*

Counsel for Other Plaintiffs:

Frank Hedin
Joshua Arisohn
Scott Drury
Steven Webster
Michael Drew
Michael Wood

2

**CERTIFICATE OF SERVICE**

      I, James Thompson, an attorney, hereby certify that, on September 6, 2023, I caused to be filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

      /s/ James Thompson
      James Thompson