**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| *In re: Clearview AI, Inc. Consumer* | ) | Case No. 1:21-cv-00135 |
| *Privacy Litigation* | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| | ) | |
| | ) | |

## <u>MOTION FOR LEAVE TO WITHDRAW APPEARANCES</u>

Jenner & Block LLP ("Jenner & Block") hereby moves to withdraw the Appearances of Precious S. Jacobs-Perry and Lee Scott Wolosky on behalf of Defendants Clearview AI, Inc., Hoan Ton-That, Richard Schwartz, Rocky Mountain Data Analytics LLC, and Thomas Mulcaire (collectively, the "Clearview Defendants") in this matter. The Clearview Defendants have discharged Ms. Jacobs-Perry and Mr. Wolosky. The Clearview Defendants will continue to be represented in this matter by Daniel Lynch and James Thompson of Lynch Thompson, LLP and Floyd Abrams and Joel Kurtzberg of Cahill Gordon & Reindel LLP.

If the cases underlying this multidistrict litigation are ever transferred back to their original district courts for trial, Jenner & Block will move to withdraw the following appearances from the underlying cases:

- *Mutnick v. Clearview AI, Inc.*, 1:20-cv-00512 (N.D. Ill.)
    - David P. Saunders, Howard Steven Suskin, Lee Wolosky, Michael W. Ross, Andrew J. Lichtman
- *Roberson v. Clearview AI, Inc.*, 1:20-cv-00111 (E.D. Va.)
    - Jan Amber Larson, Lee Scott Wolosky, Andrew Joshua Lichtman
- *Hall v. Clearview AI, Inc.*, 1:20-cv-00846 (N.D. Ill.)
    - David P. Saunders, Howard Steven Suskin, Lee Wolosky, Michael W. Ross, Andrew J. Lichtman
- *Calderon v. Clearview AI, Inc.*, 1:20-cv-01296 (S.D.N.Y.)
    - Lee Scott Wolosky, Andrew Joshua Lichtman, Michael W. Ross
- *Burke v. Clearview AI, Inc.*, 3:20-cv-00370 (S.D.N.Y.)
    - Lee Scott Wolosky, Andrew Joshua Lichtman, Kate Spelman

1

- *Broccolino v. Clearview AI, Inc.*, 1:20-cv-02222 (S.D.N.Y.)
  - Lee Scott Wolosky, Andrew Joshua Lichtman
- *McPherson v. Clearview AI, Inc.*, 1:20-cv-03053 (S.D.N.Y.)
  - Lee Scott Wolosky, Andrew Joshua Lichtman
- *John v. Clearview AI, Inc.*, 1:20-cv-03481 (S.D.N.Y.)
  - Lee Scott Wolosky, Andrew Joshua Lichtman
- *Marron v. Clearview AI, Inc.*, 1:20-cv-02989 (N.D. Ill.)
  - David P. Saunders, Howard Steven Suskin, Lee Wolosky, Andrew J. Lichtman

January 22, 2024                                    Respectfully submitted,


By*:*    */s/ Precious S. Jacobs-Perry*

    Precious S. Jacobs-Perry (ARDC No. 6300096)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Phone: (312) 222-9350
pjacobs-perry@jenner.com

Lee Wolosky (pro hac vice)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, New York 10036
Phone: (212) 891-1600
lwolosky@jenner.com

Floyd Abrams
Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
Phone: (212) 701-3000
fabrams@cahill.com
jkurtzberg@cahill.com

James Thompson
Daniel Lynch
LYNCH THOMPSON, LLP
150 South Wacker Drive
Suite 2600
Chicago, IL 60606
Phone: (312) 346-1600
jthompson@lynchthompson.com
dlynch@lynchthompson.com

Attorneys for Defendants Clearview AI, Inc., Hoan Ton-That, Richard Schwartz, Rocky Mountain Data Analytics LLC, and Thomas Mulcaire

## **CERTIFICATE OF SERVICE**

I certify that on January 22, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

By: ___/s/ Precious S. Jacobs-Perry_