**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re: Clearview AI, Inc. Consumer Privacy Litigation* | ) ) ) Case No. 1:21-cv-00135 ) ) Hon. Sharon Johnson Coleman ) ) |

**NOTICE OF JENNER & BLOCK LLP'S MOTION FOR
LEAVE TO WITHDRAW APPEARANCES**

Please take notice that on Tuesday, January 30, 2024 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Sharon Johnson Coleman, or any judge sitting in her stead in Courtroom 1241 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, or by telephone or videoconference if directed by the Court, and shall present the Jenner & Block LLP's Motion for Leave to Withdraw Appearances.

1

January 22, 2024 Respectfully submitted,

By: */s/ Precious S. Jacobs-Perry*

    Precious S. Jacobs-Perry (ARDC No. 6300096)
    JENNER & BLOCK LLP
    353 North Clark Street
    Chicago, Illinois 60654
    Phone: (312) 222-9350
    pjacobs-perry@jenner.com

    Lee Wolosky (pro hac vice)
    JENNER & BLOCK LLP
    1155 Avenue of the Americas
    New York, New York 10036
    Phone: (212) 891-1600
    lwolosky@jenner.com

    Floyd Abrams
    Joel Kurtzberg
    CAHILL GORDON & REINDEL LLP
    32 Old Slip
    New York, NY 10005
    Phone: (212) 701-3000
    fabrams@cahill.com
    jkurtzberg@cahill.com

    James Thompson
    Daniel Lynch
    LYNCH THOMPSON, LLP
    150 South Wacker Drive
    Suite 2600
    Chicago, IL 60606
    Phone: (312) 346-1600
    jthompson@lynchthompson.com
    dlynch@lynchthompson.com

    Attorneys for Defendants Clearview AI, Inc., Hoan Ton-That, Richard Schwartz, Rocky Mountain Data Analytics LLC, and Thomas Mulcaire

3

**<u>CERTIFICATE OF SERVICE</u>**

     I certify that on January 22, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

     By:   */s/ Precious S. Jacobs-Perry*