

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Rachel L. Schaller

Firm   Blank Rome LLP

Street Address   444 W. Lake Street, Suite 1650

City/State/Zip Code   Chicago, Illinois 60606

Phone Number   312-776-2600

Email address

ARDC (Illinois State Bar members, only)   6306921

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:21-cv-00135 | Clearview AI Consumer Privacy Litigation et al. vs. Clearview AI Inc. et al. | Hon. Sharon Johnson Coleman |
| 1:19-cv-03083 | Richard Rogers vs. BNSF Railway Company | Hon. Matthew F. Kennelly |
| 1:20-cv-04356 | WEC 98C-3 LLC vs. Saks Incorporated | Hon. Harry D. Leinenweber |
| 1:20-cv-04363 | WEC 98C-4 LLC vs. Saks Incorporated | Hon. Harry D. Leinenweber |
| 1:20-cv-03970 | WEC 98C-5 LLC vs. Saks Incorporated | Hon. Franklin U. Valderrama |
| | | |

/s/ Rachel L. Schaller                                    March 11, 2024
Signature of Attorney                                     Date

Rev. 01272016