# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re: Clearview AI, Inc. Consumer Privacy Litigation* | Civil Action File No. 1:21-cv-00135  <br><br>Judge Sharon Johnson Coleman  <br><br>Magistrate Judge Maria Valdez |

## MOTION TO WITHDRAW APPEARANCE

Undersigned counsel for Defendants Macy's, Inc., Macy's Retail Holdings, Inc., now known as Macy's Retail Holdings, LLC, and Macy's Corporate Services, Inc., now known as Macy's Corporate Services, LLC (collectively referred to as "the Macy's Defendants"), respectfully requests permission to withdraw his appearances in this matter. Macy's will continue to be represented by Rachel L. Schaller and Daniel R. Saeedi and Blank Rome LLP.

Withdrawal of this appearance will not result in undue delay of these proceedings, nor will it result in prejudice to any party. This Motion is intended to correct and clarify the Macy's Defendants current representation as reflected on the Court's docket system.

WHEREFORE, the Macy's Defendants respectfully request this Court grant their Motion, giving leave to withdraw the appearance of Andrew S. Murphy and such other and further relief as this Court deems necessary and appropriate.

WHEREFORE, Andrew S. Murphy respectfully requests the Court issue an order granting the withdrawal of his appearance.

Dated: March 19, 2024                           Respectfully submitted,

                                                                          /s/ *Andrew S. Murphy*

                                              Andrew S. Murphy (ARDC #6328808)
                                              amurphy@taftlaw.com
                                              TAFT STETTINIUS & HOLLISTER LLP
                                              111 East Wacker Drive, Suite 2600
                                              Chicago, Illinois 60601
                                              Tel:    (312) 527-4000
                                              *Attorney for the Macy's Defendants*