## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: Clearview AI, Inc., Consumer Privacy Litigation | Case No: 1:21-cv-135 |
| | Judge Sharon Johnson Coleman |
| | Magistrate Judge Maria Valdez |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **Wednesday, March 27, 2024 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sharon Johnson Coleman, or any other judge sitting in her stead in Courtroom 1241, of the United States District Court for the Northern District of Illinois, Eastern Division, and present *Macy's Retail Holdings, Inc.'s Motion to Withdraw the Appearance of Attorney Andrew S. Murphy as Counsel for Defendants Macy's, Inc., Macy's Retail Holdings, Inc., now known as Macy's Retail Holdings, LLC, and Macy's Corporate Services, Inc.*

Dated: March 19, 2024

Respectfully submitted,

MACY'S RETAIL HOLDINGS, INC.

By: /s/ Andrew S. Murphy

Andrew S. Murphy (ARDC #6328808)
amurphy@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
Tel:     (312) 527-4000
*Attorney for the Macy's Defendants*