

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Daniel R. Saeedi

Firm   Blank Rome LLP

Street Address   444 W. Lake Street, Suite 1650

City/State/Zip Code   Chicago, IL 60606

Phone Number   312-776-2600

Email address   Daniel.Saeedi@blankrome.com

ARDC (Illinois State Bar members, only)   6296493

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:21-cv-00135 | Clearview AI Consumer Privacy | Hon. Sharon Johnson Coleman |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/Daniel R. Saeedi                                    March 20, 2024
Signature of Attorney                                  Date

Rev. 01272016