```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3
    In Re: CLEARVIEW AI, INC., Consumer ) No. 21 C 135
 4  Privacy Litigation                   )
                                         ) March 20, 2024
 5                                       ) Chicago, Illinois
                                         ) 10:56 a.m
 6                                       ) Status Hearing

 7              TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE SHARON JOHNSON COLEMAN
 8

 9  APPEARANCES:

10  For the Plaintiffs:      LOEVY & LOEVY
                             311 North Aberdeen
11                           3rd Floor
                             Chicago, Illinois  60607
12                           BY:  MR. JONATHAN I. LOEVY

13
    For the Clearview        LYNCH THOMPSON, LLP
14  Defendants:              150 South Wacker Drive
                             Suite 2600
15                           Chicago, Illinois 60606
                             BY:  MR. JAMES L. THOMPSON
16

17  For Defendant Macy's:    BLANK ROME, LLP
                             444 West Lake Street
18                           Suite 1650
                             Chicago, Illinois  60606
19                           BY:  MS. RACHEL L. SCHALLER

20

21

22

23          TRACEY DANA McCULLOUGH, CSR, RPR
                   Official Court Reporter
24              219 South Dearborn Street
                         Room 1232
25              Chicago, Illinois  60604
                     (312) 435-5570
```

```
 1         (Proceedings held in open court:)
 2             THE CLERK:  21 CV 135, In Re:  Clearview AI.
 3             THE COURT:  Plaintiff.  Defendant.
 4             MR. LOEVY:  Good morning, Your Honor.  Jon Loevy for
 5   the plaintiff class.
 6             THE COURT:  Mr. Loevy.
 7             MR. THOMPSON:  Good morning, Your Honor.  Jim
 8   Thompson on behalf of the Clearview defendants.
 9             THE COURT:  All right.
10             MS. SCHALLER:  Rachel Schaller on behalf of the
11   Macy's defendants.
12             THE COURT:  All right.  Thank you.  I know there have
13   been some withdrawals, and those are granted.  What else has
14   been happening?  Mr. Loevy, how are we doing here?
15             MR. LOEVY:  We have a settlement, and we have
16   distributed the proposed agreement to the other co-counsel for
17   the plaintiffs.
18             THE COURT:  Good.  Good.
19             MR. LOEVY:  We met recently to discuss that with
20   them.  We're still working it through on their side, but I
21   anticipate within two or three weeks we'll be able to file a
22   motion for preliminary approval.
23             THE COURT:  Good.
24             MR. LOEVY:  And offload the case from Your Honor's
25   docket.
```

1            THE COURT:  Well, is that correct?
2            MS. SCHALLER:  I did receive a copy of the settlement
3   agreement a few minutes before court today.
4            THE COURT:  Okay.  So you still need to review it?
5            MS. SCHALLER:  I do need to review it.
6            THE COURT:  I understand.
7            MS. SCHALLER:  But a document does exist.
8            THE COURT:  All right.
9            MR. THOMPSON:  And it's not just a settlement
10  agreement, Your Honor.  We've gone ahead and worked with a
11  settlement administrator.  We have a draft notice form that's
12  being exchanged.
13           THE COURT:  Okay. Excellent.
14           MR. THOMPSON:  We have a draft claim form.  So we're,
15  we're full speed ahead on --
16           THE COURT:  You're far along.
17           MR. THOMPSON:  Full speed.  It's halting speed, but
18  yes, we're getting there.
19           THE COURT:  You've done a lot of work on this, I
20  acknowledge.  And so why don't we do -- you want to do 30 days?
21           MR. LOEVY:  I think that's appropriate.
22           THE COURT:  30 days? All right. And then that way
23  we can be prepared for your motion.  All right.  So we'll go
24  ahead and set that at a time for you to present your motion if
25  you're ready to do that.

```
 1              MR. LOEVY:  That's what the anticipation is, Your
 2   Honor.
 3              THE COURT:  All right.
 4              MR. THOMPSON:  And we'll let the Court know if for
 5   some reason --
 6              THE COURT:  If for some reason you need to adjust it?
 7              MR. THOMPSON:  -- we can't, we can't get it ready by
 8   that date.
 9              THE COURT:  Let us know, and we'll adjust the date.
10   All right.  Miss Montanez.
11              THE CLERK:  30 days?
12              THE COURT:  Yes.
13              THE CLERK:  April 23rd at 10:00 a.m..
14              MR. THOMPSON:  Your Honor, I have an all day
15   arbitration on the 23rd.
16              THE COURT:  Okay.
17              MR. THOMPSON:  If we could go maybe the 25th.
18              THE COURT:  We can get another date.
19              THE CLERK:  We could do it the 29th then.
20              THE COURT:  Yes, let's do that.
21              THE CLERK:  Okay.  April 29th at 9:45 a.m..
22              THE COURT:  All right.  Is that date okay with
23   everyone?
24              MR. LOEVY:  It is, Your Honor.
25              MR. THOMPSON:  It works for me, Your Honor.
```

```
1           THE COURT:  All right.  That will be the next date.
2   Thank you very much.  Keep up the good work.
3           MR. THOMPSON:  Thank you, Your Honor.
4           THE COURT:  Thank you.
5      (End of proceedings.)
6                         CERTIFICATE
7           I HEREBY CERTIFY that the foregoing is a true,
8   correct and complete transcript of the proceedings had at the
9   hearing of the aforementioned cause on the day and date hereof.
10
11  /s/TRACEY D. McCULLOUGH                         March 21, 2024
12  Official Court Reporter                         Date
    United States District Court
13  Northern District of Illinois
    Eastern Division
```