# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

                                  Plaintiff,

v.

Case No.: 1:21−cv−00135

Honorable Sharon Johnson Coleman

Clearview AI, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 29, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 4/29/2024. Counsel for the plaintiff reported that there is one more step needed to be done prior to finalizing settlement, the complaint needs to be amended to add all the named plaintiffs. Amended complaint to be filed by 5/13/2024. An in−person status hearing is set for 5/29/2024 at 10:00 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.