# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

                        Plaintiff,

v.

Clearview AI, Inc., et al.

                        Defendant.

Case No.: 1:21−cv−00135

Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 29, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 5/29/2024. Counsel for plaintiffs reported that he will be filing a motion for preliminary approval by June 12, 2024. Counsel for defendants also stated that he will be filing a motion for special master. Defendants' unopposed joint motion for extension of time to answer plaintiffs' third amended complaint [575] is granted. Responsive pleading to be filed by 6/27/2024. An in−person status hearing is set for 6/18/2024 at 9:00 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.