IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re: Clearview AI, Inc. Consumer Privacy Litigation* | Civil Action File No.: 1:21-cv-00135<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Maria Valdez |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiffs respectfully request leave to file a 26-page Unopposed Motion and Memorandum in Support of Preliminary Approval of Class Action Settlement in this case, stating in support as follows:

1. Plaintiffs seek to file a brief that is 26 pages, which is warranted given the complexity of the factual and legal issues involved in the Unopposed Motion and Memorandum in Support of Preliminary Approval of Class Action Settlement.

2. Pursuant to Northern District of Illinois Local Rule 7.1, parties cannot file briefs that exceed 15 pages without prior approval of the court.

3. Plaintiffs attempted to stay within the Local Rule's page limits in their motion, but they were unable to adequately address all of the relevant issues in a 15-page brief. Accordingly, Plaintiffs seek leave to file a 26-page brief.

4. Plaintiffs' counsel has conferred with Defendants' counsel regarding this motion, and Defendants are not opposed. No party will be prejudiced by the additional length.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an order granting them leave to file a 26-page Unopposed Motion and Memorandum in Support of Preliminary Approval of Class Action Settlement.

DATED: June 12, 2024

Respectfully submitted,

/s/ *Thomas M. Hanson*
Tom Hanson
*Interim Lead Class Counsel and Counsel for Plaintiffs Sanders, Dache, Gould, and Orlando*

Jon Loevy
Mike Kanovitz
Tom Hanson
LOEVY + LOEVY
311 N. Aberdeen St. 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
mike@loevy.com
hanson@loevy.com

## **CERTIFICATE OF SERVICE**

I, Thomas M. Hanson, an attorney, hereby certify that on June 12, 2024, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ *Thomas M. Hanson*
*Interim Lead Class Counsel*