# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

                            Plaintiff,

v.                                                Case No.: 1:21−cv−00135

                                                 Honorable Sharon Johnson Coleman

Clearview AI, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 18, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 6/18/2024. Plaintiffs' unopposed motion for preliminary approval of class action settlement [578] and unopposed motion for leave to file excess pages [577] are granted. Counsel is to submit a proposed order in Word format for the Court to review and enter. An in−person status hearing is set for 11/1/2024 at 10:00 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.