FILED
SEP 04 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of the United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn St.
Chicago, IL 60604

RE: Objection to Proposed Settlement in In re Clearview AI, Inc. Consumer Privacy Litigation, No. 1:21-cv-00135.

1. My name is Jessica Wang, and I live at 833 West Buena Avenue, Apartment 206, Chicago, Illinois 60613. My email address is jessicawang997@gmail.com.

2. I am writing to object to the proposed settlement agreement in *In re Clearview AI, Inc. Consumer Privacy Litigation*, No. 1:21-cv-00135.

3. I believe I am a member of the nationwide class and a member of the Illinois subclass. That is because I resided in Illinois between July 1, 2017 and June 21, 2024, and during that time, images of my face were photos posted on the internet.

4. My objection applies to the Nationwide class.

5. I believe the settlement is unfair because it includes no measures to stop Clearview's illegal practice of collecting and selling my faceprint data without my consent. The terms of the proposed settlement only benefit class members if Clearview's business does well. However, the success of Clearview's business model is directly harmful not only to myself but also to my community. For my community, the more beneficial outcome is to continue litigating this matter rather than allowing Clearview to continue selling our faces over an entirely speculative future settlement payment.

6. The proposed agreement would effectively trade the legal rights of class members for a nebulous promise of a small sum of money. The settlement particularly infringes on the rights of class members due to the issue of notice. Despite being a frequent and active user of various social media platforms, I have yet to see even one social media advertisement regarding the proposed settlement.

7. I received guidance from Dinesh McCoy, an attorney at the non-profit Just Futures Law in preparing this objection, and am submitting my objection pro se. His contact information is dinesh@justfutureslaw.org and his mailing address is 95 Washington St., Ste. #104-149. Canton, MA 02021.

8. I intend to appear at the final approval hearing on January 8, 2025 at the United States District Court for the Northern District of Illinois.

Sincerely,

Jessica Wang

Jessica Wang
833 W. Buena Ave.
Apt. 206
Chicago, IL 60604



GREENSBORO NC 270
PIEDMONT TRIAD AREA
30 AUG 2024 PM 6 L

RECEIVED
2024 SEP -4 AM 8:29

Clerk of the United States District Court for the
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn St.
Chicago, IL 60604

RECEIVED
SEP 04 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

60604$1800 C005