**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re: Clearview AI, Inc. Consumer Privacy Litigation* | Civil Action File No.: 1:21-cv-00135 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Maria Valdez |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiffs respectfully request leave to file a fee petition of no more than 19 pages. Plaintiffs state in support as follows:

1.     Plaintiffs seek to file a brief that is 19 pages, which is warranted given the complexity of the factual and legal issues involved.

2.     Pursuant to Northern District of Illinois Local Rule 7.1, parties cannot file briefs that exceed 15 pages without prior approval of the court

3.     Plaintiffs have attempted to write as concise of a fee petition as possible but are unable to adequately address all components of this consolidated case within the local rule's page limit.

4.     Plaintiffs' counsel has conferred with Defendants' counsel regarding this motion, who indicated that this motion is unopposed.

WHEREFORE, Plaintiffs request leave to file a brief of no more than 19 pages for their Fee Petition.

Dated: September 6, 2024                                      Respectfully submitted:

                                                                                   By:*/s/ Thomas M. Hanson*
                                                                                   Thomas M. Hanson

Jon Loevy (jon@loevy.com)
Michael Kanovitz (mike@loevy.com)
Thomas M. Hanson (hanson@loevy.com)
**LOEVY & LOEVY**
311 N. Aberdeen St.
Chicago, Illinois
312.243.5900

*Lead Class Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas M. Hanson, an attorney, hereby certify that, on September 6, 2024, I filed the foregoing document using the Court's CM/ECF system, which affected service on all counsel of record.

/s/ *Thomas M. Hanson*
Thomas M. Hanson