**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re: Clearview AI, Inc. Consumer Privacy Litigation* | Civil Action File No.: 1:21-cv-00135 <br><br> Judge Sharon Johnson Coleman <br><br> Magistrate Judge Maria Valdez |

**PLAINTIFFS' UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

Plaintiffs, through their counsel Loevy & Loevy, hereby request a continuance of November 1, 2024 status hearing until November 7 or 8, 2024. As grounds, Plaintiffs state as follows:

1. This Court's docket entry on June 20, 2024, set an in-person status hearing for November 1, 2024 (Dkt 579).

2. Due to travel required for other commitments, the undersigned is unable to attend in person on November 1, 2024.

3. On October 24, 2024, the undersigned emailed counsel for the Clearview Defendants and the Macy's Defendants to confer as to whether they would be opposed to continuing the status conference until November 7 or 8, 2024. Counsel for both sets of Defendants concur with Plaintiffs' request for a continuance to either of those dates.

4. Continuance of the status conference will not prejudice any party or member of the Settlement Class. The only other date currently set – the Final Approval Hearing on January 8, 2025 – will not be impacted by the requested continuance.

WHEREFORE, Plaintiffs request that the court grant a continuance for the hearing until November 7 or 8, 2024.

Dated: October 24, 2024

Respectfully submitted:

By:/s/ Thomas M. Hanson
Thomas M. Hanson

Jon Loevy (jon@loevy.com)
Michael Kanovitz (mike@loevy.com)
Thomas M. Hanson (hanson@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, Illinois
312.243.5900

*Lead Class Counsel*

## CERTIFICATE OF SERVICE

I, Thomas M. Hanson, an attorney, hereby certify that, on October 24, 2024, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ *Thomas M. Hanson*
Thomas M. Hanson