## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Clearview AI, Inc., Consumer Privacy Litigation, et al.

                                  Plaintiff,

v.                                                                                           Case No.: 1:21−cv−00135

                                                                                         Honorable Sharon Johnson Coleman

Clearview AI, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 16, 2024:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 12/16/2024. Plaintiffs' motion to bar untimely filing of amicus brief is denied [606]. Motion by Amicus Amici States for leave to file brief in opposition to class action settlement is granted; no appearance necessary on 12/18/2024 [609]. The Court recognizes the significant interest and unique perspective Amici States have in the proposed class action settlement. The Court also recognizes the burden placed on Plaintiffs' counsel and counsel for Defendants by the filing of Amici States' brief in opposition so close to the scheduled deadlines for the final approval of settlement motion, responses to objections, and the final approval hearing. To permit Plaintiffs' counsel and counsel for Defendants to fully respond to and incorporate arguments raised by Amici States in their opposition brief, the Court extends these deadlines as follows: Motion for final approval of settlement shall be filed by January 13, 2025; Responses to objections shall be filed by January 15, 2025; Final approval hearing is scheduled for January 30, 2025, at 10:00am. Pursuant to the proposed notice plan described by Plaintiffs' and Defendants'; counsels during the status hearing, counsels are directed to update the settlement website with the new final approval hearing date, to contact known objectors with notice of this new date either directly or through counsel as appropriate, and to take any other steps necessary to effect notice consistent with this order. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.