IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re: Clearview AI, Inc. Consumer Privacy Litigation* | Civil Action File No.: 1:21-cv-00135<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Maria Valdez |

### PLAINTIFFS' AGREED MOTION TO AMEND BRIEFING SCHEDULE

Plaintiffs, through their counsel Loevy & Loevy, hereby move to amend the briefing schedule on Plaintiffs' Motion for Final Approval so that both the Motion for Final Approval and responses to objections are due on the same date, January 16, 2025. As grounds, Plaintiffs state as follows:

1. Per the Court's minute entry dated December 16, 2024, the Court set January 13, 2025 as the deadline to file the Motion for Final Approval, and January 15, 2025 as the deadline to respond to objections. (Dkt. 613.)

2. Following consultation with counsel for Defendants, Plaintiffs submit that the Motion for Final Approval and response to objections should be filed coterminously, given that each filing will refer to and incorporate portions of the other.

3. Due to travel delays resulting from inclement weather, counsel for all parties also agree to an extension of the deadline for said filings to January 16, 2025.

4. The Final Approval hearing is set for January 30, 2025; accordingly, the brief three-day extension of the Motion for Final Approval deadline and one-day extension of the deadline to respond to objections will not prejudice any interested party intending to appear at the Final Approval hearing.

5. As noted above, Plaintiffs' counsel has conferred with Defendants' counsel, who have advised they agree with the relief requested herein.

WHEREFORE, Plaintiffs request that the Court extend the deadline to file the Motion for Final Approval and to respond to objections to January 16, 2025.

Dated: January 13, 2025

Respectfully submitted:

By: /s/ Thomas M. Hanson
Thomas M. Hanson

Jon Loevy (jon@loevy.com)
Michael Kanovitz (mike@loevy.com)
Thomas M. Hanson (hanson@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, Illinois
312.243.5900

*Lead Class Counsel*

## **CERTIFICATE OF SERVICE**

  I, Thomas M. Hanson, an attorney, hereby certify that, on January 13, 2025, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

                /s/ *Thomas M. Hanson*
                Thomas M. Hanson