IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re: Clearview AI, Inc. Consumer Privacy Litigation* | Civil Action File No. 1:21-cv-00135<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Maria Valdez |

## NOTICE OF APPEAL

Notice is hereby given that Objectors Robert Weissman and Rick Claypool appeal to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order granting Plaintiffs' motion for final approval of a class action settlement (ECF No. 631), entered in this action on March 20, 2025.

Dated: April 18, 2025

Respectfully submitted,

/s/ *Wendy Liu*
Wendy Liu (*pro hac vice*)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Attorney for Objectors Robert Weissman and Rick Claypool*