# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

IN RE: Clearview AI, Inc., Consumer Privacy Litigation

Case No. 21 cv 135 (MDL 2967)
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s),
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court finds that the proposed settlement is fair, reasonable, and adequate pursuant to the requirements of Rule 23(e). And, with all three prerequisites class certification, notice, and fairness satisfied, the Court grants Plaintiffs' motion for final approval of the settlement [621].

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on motion for final approval of class action settlement.

Date:  5/2/2025                          Thomas G. Bruton, Clerk of Court

                                         Yvette Montanez, Deputy Clerk