FILED
JUL 07 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MR   MN

Dear Sharon Johnson Coleman,

I'm filing my complaint that Clear View AI owes me money. I was given Direct notice about this Lawsuit on June 5, 2025. Here is the Case No. 21-CV-00135. I am Seeking to get payed and start the process. I'm willing to settle for 100 Million.

Send to: United States District Court for the Northern District of Illinois, Eastern Division.





07/07/2025-23



Alberto [redacted]
Cedar Hall -- A-15
Washington Corrections Center
PO Box No. 900
Shelton WA 98584

"LEGAL MAIL"

THIS WAS MAILED BY AN INCARCERATED INDIVIDUAL CONFINED AT A WASHINGTON STATE DEPARTMENT OF CORRECTIONS FACILITY. ITS CONTENTS MAY BE UNCENSORED.

Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604